Deverie J. Christensen
Nevada State Bar No. 6596
Daniel Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
         daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS' WYNN LAS VEGAS, LLC AND WYNN RESORTS, LIMITED TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm, and Defendants Wynn Las Vegas, LLC and Wynn Resorts, Ltd. ("Defendants"), through their counsel Jackson Lewis P.C., that Defendants shall have a 30-day extension up to and including Monday, January 27, 2020, in which to file a response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendants' response to the Complaint is currently due on December 23, 2019.

2. Due to the class and collective claims alleged in the Complaint and defense counsel's recent retention, Defendants require additional time to investigate Plaintiff's allegations before responding to the Complaint.

Jackson Lewis P.C.
Las Vegas

3. This is the first request for an extension of time for Defendants to file a response to Plaintiff's Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 20th day of December, 2019.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Deverie J. Christensen* |
| Richard Harris, Bar No. 505 | Deverie J. Christensen, Bar No. 6596 |
| Benjamin Cloward, Bar No. 11087 | Daniel Aquino, Bar No. 12682 |
| Burke Huber, Bar No. 10902 | 300 S. Fourth Street, Ste. 900 |
| 801 S. Fourth Street | Las Vegas, Nevada 89101 |
| Henderson, Nevada 89101 | |
| | *Attorneys for Defendants* |
| *Attorney for Plaintiff* | *Wynn Las Vegas, LLC and Wynn Resorts,* |
| *Brenna Schrader* | *Ltd.* |

**IT IS SO ORDERED**

**DATED: 12/23/19**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4834-2299-2559, v. 1