Todd E. Kennedy, Esq. (Bar No. 6014)
Maximiliano D. Couvillier III, Esq. (Bar No. 7661)
**KENNEDY & COUVILLIER, PLLC**
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Tel: (702) 605-3440
Fax: (702) 625-6367
tkennedy@kclawnv.com
mcouvillier@kclawnv.com

*Attorneys for Maurice Wooden*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT MAURICE WOODEN TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant Maurice Wooden ("Mr. Wooden"), by and through his counsel of record, the law firm of Kennedy & Couvillier, PLLC, and Plaintiff Brenna Schrader ("Plaintiff"), by and through her counsel of record, the Richard Harris Law Firm, hereby agree and stipulate, subject to the Court's approval, as follows:

1. Plaintiff filed her Class Action Complaint for Damages ("Complaint") in the Eighth Judicial District Court, Clark County, Nevada on September 26, 2019.

KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Rd. ● Las Vegas, NV 89120
Ph. (702) 605-3440 ● FAX: (702) 625-6367
www.kclawnv.com

2.⠀⠀⠀⠀Defendants Wynn Las Vegas, LLC and Wynn Resorts, Ltd. removed the action to this Court on December 16, 2019. *See* Notice to Federal Court of Removal of Civil Action from State Court (ECF No. 1).

3.⠀⠀⠀⠀Prior to removal, Plaintiff serve Mr. Wooden on December 12, 2019, with a copy of the Complaint and Summons issued by the state court on or about September 27, 2019.

4.⠀⠀⠀⠀Pursuant to Fed. R. Civ. P. 81, Mr. Wooden's response to the Complaint was otherwise due January 3, 2020.

5.⠀⠀⠀⠀Due to complexity of the matter, the class and collective claims alleged in the Complaint, Mr. Wooden requires additional time to investigate Plaintiff's allegations before responding to the Complaint.

6.⠀⠀⠀⠀On December 27, 2019, Plaintiff agreed to extend the deadline for Mr. Wooden to respond to the Plaintiff's Complaint to February 3, 2020. The parties memorialized such agreement via email between counsel.

7.⠀⠀⠀⠀Plaintiff and Mr. Wooden wish to further and more formally memorialize their agreement for the benefit of the record through the foregoing Stipulation.

8.⠀⠀⠀⠀In light of the foregoing, the parties hereby further agreed to extend any deadline for Mr. Wooden to file an answer or other response to Plaintiff's Complaint [ECF No. 1-1] from January 3, 2020 to and including <u>February 3, 2020</u>.

9.⠀⠀⠀⠀This is the first request for an extension of time for Mr. Wooden to respond to Plaintiff's Complaint.

10.⠀⠀⠀⠀This Stipulation is made in good faith and not for the purpose of delay.

//
//
//
//
//

11. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated: January 15, 2020.

| **KENNEDY & COUVILLIER, PLLC** | **RICHARD HARRIS LAW FIRM** |
|---|---|
| */s/Maximiliano D. Couvillier III* | */s/Burke Huber* |
| Todd E. Kennedy, Esq. (Bar No. 6014) | Richard Harris, Esq. (Bar No. 505) |
| Maximiliano D. Couvillier III, Esq. (Bar No. 7661) | Benjamin Cloward, Esq, (Bar No. 11087) |
| mcouvillier@kclawnv.com | Burke Huber, Esq. (Bar No. 10902) |
| Ph. 702-605-3440 | Ph. 702-444-4444 |
| | burke@richardharrislaw.com |
| *Attorneys for Defendant Maurice Wooden* | *Attorneys for Plaintiff Brenna Schrader* |

**IT IS SO ORDERED**

**DATED: January 17, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I certify that on **January 15, 2020**, I filed the foregoing document using the Court's electronic filing and service system, which provides, which provides electronic service to all registered users, including:

>Benjamin Paul Cloward, Esq.
>ben@richardharrislaw.com
>Burke Huber, Esq.
>burke@richardharrislaw.com
>Richard A Harris, Esq.
>rick@richardharrislaw.com
>*Attorneys for Plaintiff*
>
>Deverie J. Christensen, Esq.
>christensend@jacksonlewis.com
>Joshua A Sliker, Esq.
>joshua.sliker@jacksonlewis.com
>*Attorneys for Wynn Las Vegas, LLC and Wynn Resorts, Ltd*
>
>
>Tamara Beatty Peterson, Esq.
>tpeterson@petersonbaker.com
>*Attorney for Stephen Alan Wynn*

>>*/s/Maximiliano D. Couvillier III*
>>An employee of Kennedy & Couvillier, PLLC