Deverie J. Christensen
Nevada State Bar No. 6596
Daniel Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
         daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT AND SUBMIT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(THIRD REQUEST – Response to Complaint)**<br><br>**(SECOND REQUEST – Submission of Proposed Discovery Plan and Scheduling Order)** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm, and Defendants Wynn Las Vegas, LLC and Wynn Resorts, Ltd. ("Defendants"), through their counsel Jackson Lewis P.C., Defendant Stephen Alan Wynn, through his counsel Peterson Baker, PLLC, and Defendant Maurice Wooden, by and through his counsel Kennedy & Couvillier, that all Defendants shall have a 9-day extension up to and including March 6, 2020, in which to file responses to Plaintiffs'

Jackson Lewis P.C.
Las Vegas

Complaint; and, that the Parties will have a 10-day extension to submit a proposed discovery plan and scheduling order to the Court on March 16, 2020.

This Stipulation is submitted and based upon the following:

1. Defendants Wynn Las Vegas, LLC's and Wynn Resorts, Ltd.'s, Defendant Stephen Alan Wynn's, and Defendant Maurice Wooden's responses to the Complaint all are currently due on February 26, 2020. *See Order* [ECF No. 24].

2. Due to the class and collective claims alleged in the Complaint and pending discussions between Plaintiffs' and Defendants' counsels in this case regarding the allegations, multiple subclasses, and necessary investigation of the class and collective claims, additional time is needed by all Defendants in order to respond to the Complaint.

3. In addition, pursuant to LR 26-1, the proposed discovery plan and scheduling order is currently due no later than March 4, 2020.

4. However, the Parties are continuing to discuss the class claims in this case and exploring whether some of the issues and claims may be narrowed or resolved early without the need for motion practice prior to commencing discovery, which may further narrow the scope of discovery in this class action case with multiple subclasses. Thus, the Parties request the Court grant an extension on the deadline to submit the proposed discovery plan and scheduling order so the Parties can conclude their discussions and submit their responses to the Complaint prior to submitting a proposed discovery plan and scheduling order.

5. The parties request the Court grant a brief, 9-day extension of the deadline to file a response to the Complaint to March 6, 2020, and grant a 10-day extension of the deadline to file a proposed discovery plan and scheduling order pursuant to LR 26-1 to March 16, 2020.

6. This is the second request for an extension of time for the Parties to file a proposed discovery plan and scheduling order pursuant to LR 26-1.

7. This is the third request for an extension of time for Defendants to file a response to Plaintiff's Complaint.

8. This request is made in good faith and not for the purpose of delay.

9. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 24th day of February, 2020.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* <br> Richard Harris, Bar No. 505 <br> Benjamin Cloward, Bar No. 11087 <br> Burke Huber, Bar No. 10902 <br> 801 S. Fourth Street <br> Henderson, Nevada 89101 <br><br> *Attorney for Plaintiff* <br> *Brenna Schrader* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Daniel Aquino, Bar No. 12682 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants* <br> *Wynn Las Vegas, LLC and Wynn Resorts, Ltd.* |
| KENNEDY & COUVILLIER | PETERSON BAKER, PLLC |
| */s/ Maximiliano Couvillier* <br> Maximiliano D. Couvillier, Bar No. 7661 <br> 3271 E. Warm Springs Road <br> Las Vegas, Nevada 89120 <br><br> *Attorney for Defendant* <br> *Maurice Wooden* | */s/ Tamara Beatty Peterson* <br> Tamara Beatty Peterson, Bar No. 5218 <br> 701 S. 7th Street <br> Las Vegas, Nevada 89101 <br><br> *Attorney for Defendant* <br> *Stephen Alan Wynn* |

ECF Nos. 28 and 29 are GRANTED.

**IT IS SO ORDERED**

**DATED: February 25, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**