Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS, MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO STAY DISCOVERY**<br><br>**(SECOND REQUEST – Response to Motion to Dismiss, Motion for a More Definite Statement and Motion to Stay Discovery)** |

IT IS HEREBY STIPULATED by and between Plaintiff, Brenna Schrader, ("Plaintiff"), through her counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, Wynn Las Vegas, LLC ("Defendant Wynn, LLC") and Wynn Resorts, Ltd. ("Defendant Resorts"), through their counsel Jackson Lewis P.C., Defendant, Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant, Maurice Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, (collectively "Defendants"), that Plaintiff shall have an extension to May 1, 2020 to file a response to all pending motions.

This Stipulation is submitted and based upon the following:

1. On March 6, 2020, Defendant Wynn, LLC filed a Motion to Dismiss [ECF No. 35] to which Defendant Resorts filed a Joinder [ECF No. 37]; Defendant Resorts filed a Motion to Dismiss [ECF No. 36]; Mr. Wynn filed a Motion to Dismiss [ECF No. 39]; and Mr. Wooden filed a motion for a more definite statement [ECF No. 33.]

2. In addition, Defendant Wynn, LLC and Defendant Resorts, filed a Motion to Stay Discovery [ECF No. 38], to which Mr. Wynn and Mr. Wooden filed a Joinder [ECF Nos. 40, 42].

3. Previously, on March 20, 2020, the parties stipulated to allow Plaintiff a 21-day extension to file a response by April 10, 2020 to Defendants' motions as listed above.

4. Due to the complexity of the motions filed and the current complications made by the Coronavirus, the parties respectfully request the Court grant Plaintiff an additional extension up to and including May 1, 2020 to file a response to Defendants' motions.

5. This is the second request for an extension of time to file a response to Defendants' motions.

6. This request is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

///

///

///

Dated this 3rd day of April, 2020.

| | |
|---|---|
| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
| */s/ Burke Huber* | */s/ Joshua A. Sliker* |
| Richard Harris, Bar No. 505<br>Benjamin Cloward, Bar No. 11087<br>Burke Huber, Bar No. 10902<br>801 S. Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff*<br>*Brenna Schrader* | Deverie J. Christensen, Bar No. 6596<br>Joshua A. Sliker, Bar No. 12493<br>Daniel Aquino, Bar No. 12682<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.* |
| KENNEDY & COUVILLIER | PETERSON BAKER, PLLC |
| */s/ Maximiliano Couvillier* | */s/ Nikki L. Baker* |
| Maximiliano D. Couvillier, Bar No. 7661<br>3271 E. Warm Springs Road<br>Las Vegas, Nevada 89120<br>*Attorney for Defendant*<br>*Maurice Wooden* | Nikki L. Baker, Bar No. 6562<br>701 S. 7th Street<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant*<br>*Stephen Alan Wynn* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

3