```
Burke Huber
Nevada State Bar No. 10902
```
**RICHARD HARRIS LAW FIRM**
```
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
```
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS, MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO STAY DISCOVERY; AND TO SET DATE FOR DEFENDANTS' REPLIES**<br><br>**(THIRD REQUEST – Response to Motion to Dismiss, Motion for a More Definite Statement and Motion to Stay Discovery)**<br><br>**(FIRST REQUEST – Defendants Replies to Plaintiff's Responses to Motions to Dismiss, Motion for More Definite Statement, and Motion to Stay Discovery)** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, Brenna Schrader, ("Plaintiff"), through her counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, Wynn Las Vegas, LLC ("Defendant Wynn, LLC") and Wynn Resorts, Ltd. ("Defendant Resorts"), through their counsel Jackson Lewis P.C., Defendant, Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant, Maurice Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, (collectively "Defendants"), that Plaintiff shall have

an extension to May 8, 2020 to file a response to all pending motions, and Defendants shall file replies to Plaintiff's responses to all pending motions on May 22, 2020.

        This Stipulation is submitted and based upon the following:

1. On March 6, 2020, Defendant Wynn, LLC filed a Motion to Dismiss [ECF No. 35] to which Defendant Resorts filed a Joinder [ECF No. 37]; Defendant Resorts filed a Motion to Dismiss [ECF No. 36]; Mr. Wynn filed a Motion to Dismiss [ECF No. 39]; and Mr. Wooden filed a motion for a more definite statement [ECF No. 33.]

2. In addition, Defendant Wynn, LLC and Defendant Resorts, filed a Motion to Stay Discovery [ECF No. 38], to which Mr. Wynn and Mr. Wooden each filed a Joinder [ECF Nos. 40, 42].

3. Previously, on April 6, 2020, the parties stipulated to allow Plaintiff a 21-day extension to file a response by May 1, 2020 to Defendants' motions as listed above.

4. Due to the complexity of the motions filed and the current complications made by the Coronavirus, Covid19, the parties respectfully request the Court grant Plaintiff an additional 7-day extension up to and including May 8, 2020 to file a response to Defendants' motions.

5. In anticipation of potential Coronavirus obstacles and to avoid the need of filing an additional stipulation, the parties also stipulate the Defendants' Replies to Plaintiff's responses to the pending motions will be due two weeks later, on May 22, 2020.

6. This is the third request for an extension of time for Plaintiff to file a response to Defendants' motions.

7. This is the first stipulation related to Defendants' replies.

8. This request is made in good faith and not for the purpose of delay.

9. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

///
///
///
///

2

1  Dated this 28th day of April, 2020.

2  RICHARD HARRIS LAW FIRM          JACKSON LEWIS P.C.

3  */s/ Burke Huber*                                      */s/ Deverie J. Christensen*
   Richard Harris, Bar No. 505            Deverie J. Christensen, Bar No. 6596
4  Benjamin Cloward, Bar No. 11087        Joshua A. Sliker, Bar No. 12493
   Burke Huber, Bar No. 10902             Daniel Aquino, Bar No. 12682
5  801 S. Fourth Street                   300 S. Fourth Street, Ste. 900
   Las Vegas, Nevada 89101                Las Vegas, Nevada 89101
6  *Attorney for Plaintiff*
   *Brenna Schrader*                      *Attorneys for Defendants*
7                                         *Wynn Las Vegas, LLC and Wynn Resorts,*
                                          *Ltd.*
8

9  KENNEDY & COUVILLIER               PETERSON BAKER, PLLC

10

11 */s/ Maximiliano Couvillier*            */s/ Nikki Baker*
   Maximiliano D. Couvillier, Bar No. 7661 Nikki Baker, Bar No. 6562
12 3271 E. Warm Springs Road               701 S. 7th Street
   Las Vegas, Nevada 89120                 Las Vegas, Nevada 89101
13 *Attorney for Defendant*                *Attorney for Defendant*
   *Maurice Wooden*                        *Stephen Alan Wynn*
14

15

16
                                      **ORDER**
17
                                      IT IS SO ORDERED:
18

19

20                                    *[signature]*

21                                    _____
                                      UNITED STATES DISTRICT JUDGE
22

23                                            April 29, 2020
                                      Dated: _____

24

25

26

27 4836-9391-3787, v. 1

28

3