UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENNA SCHRADER, | Case No. 2:19-CV-2159 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| STEPHEN ALAN WYNN, et al., | |
| Defendant(s). | |

Presently before the court is Brenna Schrader's ("plaintiff") motion for leave to file excess pages. (ECF No. 52).

Defendant Wynn Las Vegas, LLC ("WLV") moved for leave to file excess pages (ECF No. 31), which the court granted (ECF No. 32). WLV then filed a 38-page motion to dismiss (ECF No. 35), to which defendants Maurice Wooden ("Wooden") and Wynn Resorts, Ltd. ("Resorts") joined (ECF Nos. 33; 37).[1]  Additionally, both Wooden and defendant Stephen Wynn ("Wynn") filed their own motions to dismiss (ECF Nos. 36; 39).

Plaintiff represents as follows:

> Due to the number of pages, arguments, issues raised, and the need to combine responses to three motions, the opposition will exceed 24 pages. Defendants' arguments are complex, broad, and many issues will overlap. Therefore, in order to reduce the number of filings, to avoid redundancy and in the interests of judicial economy, Plaintiff seeks the Court's permission to file a response in opposition that does not exceed 45 pages, exclusive of the cover page, table of contents, table of authorities, certificate of service, and any exhibits, based on the reasons establishing good cause as stated above.

(ECF No. 52 at 2).

---

[1] Wooden's joinder is also a motion for more definite statement in the alternative. (*See* ECF No. 33).

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for leave to file excess pages (ECF No. 52) be, and the same hereby is, GRANTED.

DATED May 6, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -