BURKE HUBER, ESQ.
Nevada Bar No. 10902
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Phone (702) 444-4444
Fax (702) 444-4455
E-Mail: burke@richardharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situation,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability; WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-02159-JCM-BNW<br><br>**PLAINTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY (ECF No. 38).** |

1

Plaintiff, Brenna Schrader, ("Plaintiff"), by and through her attorney of record, Burke Huber, Esq., of the Richard Harris Law Firm, on behalf of herself and all others similarly situated, hereby submit this non-opposition to Defendants' motion to stay discovery [ECF 38].

Due to the Coronavirus and the current orders in effect, Plaintiff does not oppose Defendants' motion to stay discovery.

DATED: this 8th day of May, 2020     **RICHARD HARRIS LAW FIRM**

 */s/ Burke Huber*_____
BURKE HUBER, ESQ.
Nevada Bar No. 10902
Attorneys for Plaintiff

**IT IS ORDERED that ECF No. 38 is GRANTED.**

**IT IS FURTHER ORDERED that the parties must file a joint, proposed discovery plan and scheduling order within 14 days after the motion to dismiss is decided, unless the case is dismissed in its entirety with prejudice.**

**IT IS SO ORDERED**

**DATED: May 11, 2020**

_____
**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of RICHARD HARRIS LAW FIRM, and that on this 8th day of May, 2020, I served a copy of the foregoing **non-opposition to Defendants' motion to stay discovery** upon the following via electronic service through the United State District Court for the District of Nevada's ECF system.

[ X ]   Electronic Service – in accordance with FRCP Rule 5(b)(2)(E).

Tamara Beatty Peterson, Esq.
Nikki L. Baker, Esq.
PETERSON BAKER PLLC
702 S. 7th Street
Las Vegas, Nevada 89101
*Attorneys for Defendant Stephen A. Wynn*

Todd E. Kennedy, Esq.
Maximiliano D. Couvillier III, Esq.
KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
*Attorneys for Defendant Maurice Wooden*

DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
DANIEL I. AQUINO, ESQ.
Nevada Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

　　　　　　　　　　　　　　_/s/ Ruth Ayala_____
　　　　　　　　　　　　　　Ruth Ayala
　　　　　　　　　　　　　　An employee of RICHARD HARRIS LAW FIRM
　　　　　　　　　　　　　　Email: ruth@richardharrislaw.com