1   DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
2   JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
3   DANIEL I. AQUINO, ESQ.
Nevada Bar No. 12682
4
**JACKSON LEWIS P.C.**
5   300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
6   Telephone: (702) 921-2460
Facsimile: (702) 921-2461
7   E-Mail: deverie.christensen@jacksonlewis.com
             joshua.sliker@jacksonlewis.com
8             daniel.aquino@jacksonlewis.com
9
*Attorneys for Defendants*
10  *Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

11

12                    **UNITED STATES DISTRICT COURT**

13                          **DISTRICT OF NEVADA**

14  BRENNA SCHRADER, an individual, on          Case No. 2:19-cv-02159-JCM-BNW
    behalf of herself and all others similarly
15  situated,
                                                **STIPULATION TO EXTEND**
16                Plaintiff,                     **DEADLINE FOR ALL DEFENDANTS**
                                                **TO FILE THEIR REPLIES TO:**
17          vs.
                                                **(1) PLAINTIFF'S RESPONSE IN**
18  STEPHEN ALAN WYNN; an individual;           **OPPOSITION TO DEFENDANT WYNN**
    MAURICE WOODEN, an individual, WYNN         **LAS VEGAS, LLC'S MOTION TO**
19  LAS VEGAS, LLC dba WYNN LAS VEGAS           **DISMISS PLAINTIFF'S COMPLAINT,**
    a Nevada Limited Liability, WYNN            **DEFENDANT STEPHEN ALAN**
20  RESORTS, LTD, a Nevada Limited Liability    **WYNN'S MOTION TO DISMISS, AND**
    Company; and DOES 1-20, inclusive; ROE      **DEFENDANT MAURICE WOODEN'S**
21  CORPORATIONS 1-20, inclusive,               **MOTION FOR A MORE DEFINITE**
                                                **STATEMENT (ECF NO. 54); AND**
22                Defendants.
                                                **(2) PLAINTIFF'S RESPONSE IN**
23                                              **OPPOSITION TO DEFENDANT WYNN**
                                                **RESORTS, LTD.'S MOTION TO**
24                                              **DISMISS PLAINTIFF'S COMPLAINT**
                                                **(ECF NO. 55)**
25
                                                **(SECOND REQUEST)**
26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm, and Defendants Wynn Las Vegas, LLC ("WLV") and Wynn Resorts, Ltd. ("WRL"), through their counsel Jackson Lewis P.C., Defendant Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant Maurice Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, that all Defendants shall have a 14-day extension up to and including June 5, 2020, in which to file replies to Plaintiffs' Response in Opposition to Defendant Wynn Las Vegas, LLC's Motion to Dismiss Plaintiff's Complaint, Defendant Stephen Alan Wynn's Motion to Dismiss, and Defendant Maurice Wooden's Motion for a More Definite Statement (ECF No. 54); and Plaintiff's Response in Opposition to Defendant Wynn Resorts, Ltd.'s Motion to Dismiss Plaintiff's Complaint (ECF No. 55).

This Stipulation is submitted and based upon the following:

1.      On March 6, 2020, Defendant WLV filed a Motion to Dismiss [ECF No. 35] to which Defendant WRL filed a Joinder (ECF No. 37); Defendant WRL filed a Motion to Dismiss (ECF No. 36); Mr. Wynn filed a Motion to Dismiss (ECF No. 39); and Mr. Wooden filed a Motion for a More Definite Statement (ECF No. 33).

2.      On April 28, 2020, the parties stipulated that Plaintiff would file her response to Defendants' Motions by May 8, 2020, and Defendants would file their replies by May 22, 2020. ECF No. 50.  The Court granted the stipulation on April 29, 2020.  ECF No. 51.

3.      Following receipt of Plaintiffs' responses to the Motions, Defendants determined they need additional time to analyze the numerous complex issues raised therein and prepare their replies.  In addition, counsel for Defendants WRL and WLV require additional time to confer with their clients given that the business operations of WRL and WLV are shut down indefinitely due to the ongoing COVID-19 pandemic.  As such, the parties respectfully request the Court grant this instant Stipulation and allow all Defendants an additional 14 days up to and including June 5, 2020 to file their replies to Plaintiff's responses.

4.      This is the second request for an extension of time for Defendants to file their replies to Plaintiff's responses.

1         5.      This request is made in good faith and not for the purpose of delay.

2         6.      Nothing in this Stipulation, nor the fact of entering to the same, shall be construed

3    as waiving any claim and/or defense held by any party.

4         Dated this 18th day of May, 2020.

5

6    RICHARD HARRIS LAW FIRM        JACKSON LEWIS P.C.

7    */s/ Burke Huber*                    */s/ Deverie J. Christensen*
     Richard Harris, Bar No. 505          Deverie J. Christensen, Bar No. 6596
     Burke Huber, Bar No. 10902          Joshua A. Sliker, Bar No. 12493

8    801 S. Fourth Street                  Daniel Aquino, Bar No. 12682
     Las Vegas, Nevada 89101           300 S. Fourth Street, Ste. 900

9    *Attorney for Plaintiff*             Las Vegas, Nevada 89101
     *Brenna Schrader*                  *Attorneys for Defendants Wynn Las Vegas,*

10                                      *LLC and Wynn Resorts, Ltd.*

11   KENNEDY & COUVILLIER         PETERSON BAKER, PLLC

12   */s/ Maximiliano Couvillier*         */s/ Tammy Beatty Peterson*
     Maximiliano D. Couvillier, Bar No. 7661  Nikki Baker, Bar No. 6562

13   3271 E. Warm Springs Road         Tammy Beatty Peterson, Bar No. 5218
     Las Vegas, Nevada 89120           701 S. 7th Street

14   *Attorney for Defendant*            Las Vegas, Nevada 89101
     *Maurice Wooden*                   *Attorney for Defendant*

15                                      *Stephen Alan Wynn*

16

17                              **ORDER**

18                     IT IS SO ORDERED:

19

20

21                     United States District Court Judge

22                     Dated:   May 22, 2020

23

24

25

26   4831-5621-4972, v. 2

27

28

JACKSON LEWIS P.C.
   LAS VEGAS                   3