DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
DANIEL I. AQUINO, ESQ.
Nevada Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
      joshua.sliker@jacksonlewis.com
      daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR ALL DEFENDANTS TO FILE THEIR REPLIES TO:**<br><br>**(1) PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT WYNN LAS VEGAS, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, DEFENDANT STEPHEN ALAN WYNN'S MOTION TO DISMISS, AND DEFENDANT MAURICE WOODEN'S MOTION FOR A MORE DEFINITE STATEMENT (ECF NO. 54); AND**<br><br>**(2) PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT WYNN RESORTS, LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (ECF NO. 55)**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm, and Defendants Wynn Las Vegas, LLC ("WLV") and Wynn Resorts, Ltd. ("WRL"), through their counsel Jackson Lewis P.C., Defendant Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant Maurice Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, that all Defendants shall have a 14-day extension up to and including June 19, 2020, in which to file replies to Plaintiffs' Response in Opposition to Defendant Wynn Las Vegas, LLC's Motion to Dismiss Plaintiff's Complaint, Defendant Stephen Alan Wynn's Motion to Dismiss, and Defendant Maurice Wooden's Motion for a More Definite Statement (ECF No. 54); and Plaintiff's Response in Opposition to Defendant Wynn Resorts, Ltd.'s Motion to Dismiss Plaintiff's Complaint (ECF No. 55).

This Stipulation is submitted and based upon the following:

1. On March 6, 2020, Defendant WLV filed a Motion to Dismiss (ECF No. 35) to which Defendant WRL filed a Joinder (ECF No. 37); Defendant WRL filed a Motion to Dismiss (ECF No. 36); Mr. Wynn filed a Motion to Dismiss (ECF No. 39); and Mr. Wooden filed a Motion for a More Definite Statement (ECF No. 33).

2. On April 28, 2020, the parties stipulated that Plaintiff would file her response to Defendants' Motions by May 8, 2020, and Defendants would file their replies by May 22, 2020. ECF No. 50. The Court granted the stipulation on April 29, 2020. ECF No. 51.

3. On May 18, 2020, the parties stipulated to allow Defendants to file their replies by June 5, 2020. ECF No. 58. The Court granted the stipulation on May 22, 2020. ECF No. 59.

4. Since the parties' last stipulation, Defendants determined they need additional time to prepare their replies. In particular, Defendants WRL and WLV are actively engaged in preparations to resume business operations, with WLV anticipating reopening the Wynn Las Vegas and Encore Las Vegas hotel and casino properties to the public on June 4, 2020. Further, the undersigned counsel for WRL and WLV are preparing for and involved in two arbitration hearings taking place over the next few weeks which at the time of the parties' prior stipulation did not appear likely to proceed due to the ongoing COVID-19 pandemic. Collectively, these events are impeding counsel's ability to complete the replies by the current deadline. As such, the parties

respectfully request the Court grant this instant Stipulation and allow all Defendants an additional 14 days up to and including June 19, 2020 to file their replies to Plaintiff's responses.

5. This is third request for an extension of time for Defendants to file their replies to Plaintiff's responses.

6. This request is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 3rd day of June, 2020.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Deverie J. Christensen* |
| Richard Harris, Bar No. 505 | Deverie J. Christensen, Bar No. 6596 |
| Burke Huber, Bar No. 10902 | Joshua A. Sliker, Bar No. 12493 |
| 801 S. Fourth Street | Daniel Aquino, Bar No. 12682 |
| Las Vegas, Nevada 89101 | 300 S. Fourth Street, Ste. 900 |
| *Attorney for Plaintiff* | Las Vegas, Nevada 89101 |
| *Brenna Schrader* | *Attorneys for Defendants Wynn Las Vegas, LLC and Wynn Resorts, Ltd.* |
| KENNEDY & COUVILLIER | PETERSON BAKER, PLLC |
| */s/ Maximiliano Couvillier* | */s/ Tamara Beatty Peterson* |
| Maximiliano D. Couvillier, Bar No. 7661 | Nikki Baker, Bar No. 6562 |
| 3271 E. Warm Springs Road | Tamara Beatty Peterson, Bar No. 5218 |
| Las Vegas, Nevada 89120 | 701 S. 7th Street |
| *Attorney for Defendant* | Las Vegas, Nevada 89101 |
| *Maurice Wooden* | *Attorney for Defendant Stephen Alan Wynn* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge

Dated: June 3, 2020
_____