UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENNA SCHRADER,<br><br>                                    Plaintiff(s),<br><br>    v.<br><br>STEPHEN ALAN WYNN, et al.,<br><br>                                    Defendant(s). | Case No. 2:19-CV-2159 JCM (BNW)<br><br>ORDER |

      Presently before the court is defendant Wynn Las Vegas LLC's ("WLV") motion for leave to file excess pages. (ECF No. 62).

      On March 5, 2020, the court granted WLV leave to file its 38-page motion to dismiss. (ECF No. 32). Then, on May 6, 2020, the court allowed plaintiff Brenna Schraders's motion to file a 45-page opposition to WLV's motion to dismiss, defendant Wynn Resort Las Vegas's and defendant Wooden's joinders, defendant Wooden's motion for more definite statement, and Mr. Wynn's motion to dismiss. (ECF No. 53).

      Once again, in light of the complexity and variety of plaintiff's claims, the court finds that allowing filings that exceed the page limits established by local rules.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that WLV's motion for leave to file excess pages (ECF No. 62) be, and the same hereby is, GRANTED *nuc pro tunc*.

      DATED June 22, 2020.

                                                                                 UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**