1  Todd E. Kennedy, Esq. (Bar No. 6014)
2  Maximiliano D. Couvillier III, Esq. (Bar No. 7661)
   **KENNEDY & COUVILLIER, PLLC**
3  3271 E. Warm Springs Rd.
   Las Vegas, NV 89120
4  Tel:  (702) 605-3440
   Fax:  (702) 625-6367
5  tkennedy@kclawnv.com
   mcouvillier@kclawnv.com
6  *Attorneys for Maurice Wooden*

7              **UNITED STATES DISTRICT COURT**

8              **DISTRICT OF NEVADA**

9
   BRENNA SCHRADER, an individual, on
10 behalf of herself and all others similarly
   situated,                                      Case No. 2:19-cv-02159-JCM-BNW
11
12              Plaintiff,
                                                  **STIPULATION AND ORDER**
13         vs.                                    **TO EXTEND DEADLINE FOR ALL**
                                                  **DEFENDANTS TO FILE THEIR**
14 STEPHEN ALAN WYNN; an individual;              **RESPONSES TO PLAINTIFF'S**
   MAURICE WOODEN, an individual, WYNN            **MOTION FOR LEAVE TO FILE FIRST**
15 LAS VEGAS, LLC dba WYNN LAS VEGAS              **AMENDED COMPLAINT (ECF No. 69)**
   a   Nevada   Limited   Liability,   WYNN
16 RESORTS, LTD, a Nevada Limited Liability
   Company; and DOES 1-20, inclusive; ROE        (First Request)
17 CORPORATIONS 1-20, inclusive,
18
                Defendants.
19

20

21         IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"),

22 through her counsel Richard Harris Law Firm, and Defendants Wynn Las Vegas, LLC ("WLV")

23 and Wynn Resorts, Ltd. ("WRL"), through their counsel Jackson Lewis P.C., Defendant Stephen

24 Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant Maurice

25 Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, PLLC, that all

26 Defendants shall have a 14-day extension up to and including **August 24, 2020**, in which to file

27 responses to Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 69).

28         This Stipulation is submitted and based upon the following:

                              Page 1 of 2

KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Rd. ◆ Las Vegas, NV 89120
Ph. (702) 605-3440 ◆ FAX: (702) 625-6367
www.kclawnv.com

1.    On July 27, 2020, Plaintiff filed her Motion for Leave to File First Amended Complaint (ECF No. 69).

2.    Following receipt of Plaintiff's Motion, Defendants determined they need additional time to analyze the numerous complex issues raised therein and prepare their responses.  In addition, counsel for Defendants WRL and WLV require additional time to confer with their clients given that the business operations of WRL and WLV, and client contacts, are constrained due to the ongoing COVID-19 pandemic.  As such, the parties respectfully request the Court grant this instant Stipulation and allow all Defendants an additional 14 days up to and including August 24, 2020 to file their responses Plaintiff's Motion.

3.    This is the first request for an extension of time for Defendants to file their responses to Plaintiff's Motion.

Dated:  August 3, 2020

RICHARD HARRIS LAW FIRM

*/s/ Burke Huber*
Richard Harris, Bar No. 505
Burke Huber, Bar No. 10902
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*
*Brenna Schrader*

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar No. 6596
Joshua A. Sliker, Bar No. 12493
Daniel Aquino, Bar No. 12682
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
*Attorneys for Defendants Wynn Las Vegas,*
*LLC and Wynn Resorts, Ltd.*

KENNEDY & COUVILLIER, PLLC

*/s/ Maximiliano Couvillier*
Maximiliano D. Couvillier III, Bar No. 7661
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
*Attorney for Defendant*
*Maurice Wooden*

PETERSON BAKER, PLLC

*/s/ Tamara Beatty Peterson*
Nikki Baker, Bar No. 6562
Tamara Beatty Peterson, Esq. Bar No. 5218
701 S. 7th Street
Las Vegas, Nevada 89101
*Attorney for Defendant Stephen Alan Wynn*

## ORDER

IT IS SO ORDERED.

DATED: August 6, 2020

UNITED STATES MAGISTRATE JUDGE

Page 2 of 2

KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Rd. ● Las Vegas, NV 89120
Ph. (702) 605-3440 ● FAX: (702) 625-6367
www.kclawnv.com