Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY BRIEFS TO DEFENDANTS' RESPONSES TO PLAINTIFF'S MOTION SEEKING LEAVE TO AMEND**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff, Brenna Schrader, ("Plaintiff"), through her counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, Wynn Las Vegas, LLC ("Defendant Wynn, LLC") and Wynn Resorts, Ltd. ("Defendant Resorts"), through their counsel Jackson Lewis P.C., Defendant, Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant, Maurice Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, (collectively "Defendants"), that Plaintiff shall have an extension to September 21, 2020 to file a Reply to all oppositions.

This Stipulation is submitted and based upon the following:

1.      On July 27, 2020, Plaintiff filed a motion for leave to file a first amended complaint [ECF No. 69]. On August 7, 2020, Defendants filed a stipulation to request an extension up to and including August 24, 2020 to file a response [ECF No. 70]. On August 24, 2020, all Defendants

filed a response and Defendant Wynn Resorts, LTD filed a combined motion to strike. [ECF Nos. 72, 73, 74 and 75].

2.      Plaintiff's counsel recently began assisting his three children with long distance learning required by Clark County School District.

3.      In addition, Plaintiff's counsel has an arbitration on September 1, 2020.

4.      Due to the fact that Plaintiff is required to reply to four responses that were filed, Plaintiff's counsel's schedule and the current complications made by the Coronavirus, the parties respectfully request the Court grant Plaintiff an extension up to and including September 21, 2020 to file a reply to Defendants' responses.

5.      This is the first request for an extension of time for Plaintiff to file reply briefs to Defendants' responses.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. This request is made in good faith and not for the purpose of delay.

Dated this 27th day of August, 2020.

RICHARD HARRIS LAW FIRM

*/s/ Burke Huber*
Richard Harris, Bar No. 505
Benjamin Cloward, Bar No. 11087
Burke Huber, Bar No. 10902
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*
*Brenna Schrader*

KENNEDY & COUVILLIER

*/s/ Maximiliano Couvillier*
Maximiliano D. Couvillier, Bar No. 7661
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
*Attorney for Defendant*
*Maurice Wooden*

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
Deverie J. Christensen, Bar No. 6596
Joshua A. Sliker, Bar No. 12493
Daniel Aquino, Bar No. 12682
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts,*
*Ltd.*

PETERSON BAKER, PLLC

*/s/ Tamara Beatty Peterson*
Tamara Beatty Peterson, Bar No. 5218
701 S. 7th Street
Las Vegas, Nevada 89101
*Attorney for Defendant*
*Stephen Alan Wynn*

**ORDER**

IT IS SO ORDERED:

_____
United States District Court/Magistrate Judge

Dated: August 31, 2020
_____