Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANTS' OBJECTIONS TO THE MAGISTRATE JUDGE'S RULING ON PLAINTIFF'S MOTION SEEKING LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff, Brenna Schrader, ("Plaintiff"), through her counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, Wynn Las Vegas, LLC ("Defendant Wynn, LLC") and Wynn Resorts, Ltd. ("Defendant Resorts"), through their counsel Jackson Lewis P.C., Defendant, Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant, Maurice Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, (collectively "Defendants"), that Plaintiff shall have an extension to <u>January 13, 2021</u> to file a response to all objections.

///

///

This Stipulation is submitted and based upon the following:

1.      On December 23, 2020, Defendants filed objections to the Magistrate Judge's ruling on Plaintiff's Motion Seeking Leave to file a first amended complaint. [ECF Nos. 82, 83, 84, and 85].

2.      Defendant filed four objections on December 23, 2020, immediately before the Christmas holiday.

3.      Plaintiff's counsel's entire office was away on vacation beginning December 24, 2020 until January 4, 202.

4.      Due to the holiday season and vacation schedules, Plaintiff's counsel has not had an opportunity to review all four objections.

5.      This request is made in good faith and not for the purpose of delay and is only a seven (7) day request.

6.      This is the first request for an extension of time for Plaintiff to file responses to Defendants' objections.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Dated this 6th day of January 2021.

RICHARD HARRIS LAW FIRM                    JACKSON LEWIS P.C.

*/s/ Burke Huber*                          */s/ Joshua A. Sliker*
Richard Harris, Bar No. 505                Deverie J. Christensen, Bar No. 6596
Benjamin Cloward, Bar No. 11087            Joshua A. Sliker, Bar No. 12493
Burke Huber, Bar No. 10902                 Daniel Aquino, Bar No. 12682
801 S. Fourth Street                       300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89101
*Attorney for Plaintiff*
*Brenna Schrader*                          *Attorneys for Defendants*
                                           *Wynn Las Vegas, LLC and Wynn Resorts,*
                                           *Ltd.*


KENNEDY & COUVILLIER                        PETERSON BAKER, PLLC

*/s/ Maximiliano Couvillier*               */s/ Tamara Beatty Peterson*
Maximiliano D. Couvillier, Bar No. 7661    Tamara Beatty Peterson, Bar No. 5218
3271 E. Warm Springs Road                  701 S. 7th Street
Las Vegas, Nevada 89120                    Las Vegas, Nevada 89101
*Attorney for Defendant*                   *Attorney for Defendant*
*Maurice Wooden*                           *Stephen Alan Wynn*


**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

         January 11, 2021
Dated: _____