Todd E. Kennedy, Esq. (Bar No. 6014)
Maximiliano D. Couvillier III, Esq. (Bar No. 7661)
**KENNEDY & COUVILLIER, PLLC**
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Tel: (702) 605-3440/Fax: (702) 625-6367
tkennedy@kclawnv.com
mcouvillier@kclawnv.com
*Attorneys for Maurice Wooden*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR:**<br>**(1) DEFENDANTS TO RESPOND PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF No. 90)**<br>(First Request); and<br><br>**(2) FOR DEFENDANTS TO FILE MOTION TO CONTINUE STAY OF DISCOVERY**<br>(First Request) |

**IT IS HEREBY STIPULATED** by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm, and Defendants Wynn Las Vegas, LLC ("WLV") and Wynn Resorts, Ltd. ("WRL"), through their counsel Jackson Lewis P.C., Defendant Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant Maurice Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, PLLC, that all Defendants shall have a 14-day extension up to and including **MARCH 17, 2021**, within which to file responses to Plaintiff's First Amended Complaint (ECF No. 90) and to File a Motion to Continue Stay of Discovery.

This Stipulation is submitted and based upon the following:

1. On February 17, 2021, the Court entered an Order (ECF No. 89) that, among other things, granted in part Plaintiff leave to file her First Amended Complaint with respect to certain claims.

2. Pursuant to the Court's Order, the Clerk's Office filed Plaintiff's First Amended Complaint (ECF No. 90) on February 17, 2021.

3. Defendants determined they need additional time to analyze the Court's Order (ECF No. 89) vis-à-vis plaintiff's claims and with respect to responding to Plaintiff's First Amended Complaint.

4. In addition, Defendant Wooden's counsel was recently ill (non Covid) and requires additional time to respond Plaintiff's Amended Complaint.

5. On May 11, 2020, the Court entered an Order (ECF No. 57) granting Defendants' Motion for Stay of Discovery.  The 5/11/20 Order effectively provides that the parties are to file a joint, proposed discovery plan and scheduling order within 14 days after the Court's 2/17/21 Order, which would be March 3, 2021.  The parties stipulate to continue that deadline given Defendants' intention to file a motion to continue discovery stay, as provided below

6. Defendants anticipate filing additional motions to dismiss some or all of Plaintiff's remaining claims in response to the First Amended Complaint.  Such motions may be dispositive and may be decided without discovery.

7. Thus, Defendants intend to file a motion to continue the discovery stay provided by the Court's 5/11/20 Order (ECF No. 57) and Plaintiff has agreed and stipulates herein that Defendants may file such motion to continue discovery on or before **March 17, 2021**.

8. This is the first request for an extension of time for Defendants to file their responses to Plaintiff's First Amended Complaint.

9. This is also the first request for an extension of time for Defendants to file their motion to continue discovery stay.

//

//

//

10. This request is made in good faith.

Dated: March 2, 2021

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Deverie J. Christensen* |
| Richard Harris, Bar No. 505 | Deverie J. Christensen, Bar No. 6596 |
| Burke Huber, Bar No. 10902 | Joshua A. Sliker, Bar No. 12493 |
| 801 S. Fourth Street | Daniel Aquino, Bar No. 12682 |
| Las Vegas, Nevada 89101 | 300 S. Fourth Street, Ste. 900 |
| *Attorney for Plaintiff* | Las Vegas, Nevada 89101 |
| Brenna Schrader | *Attorneys for Defendants Wynn Las Vegas, LLC and Wynn Resorts, Ltd.* |
| KENNEDY & COUVILLIER, PLLC | PETERSON BAKER, PLLC |
| */s/ Maximiliano Couvillier* | */s/ Tamara Beatty Peterson* |
| Maximiliano D. Couvillier III, Bar No. 7661 | Nikki Baker, Bar No. 6562 |
| 3271 E. Warm Springs Road | Tamara Beatty Peterson, Esq. Bar No. 5218 |
| Las Vegas, Nevada 89120 | 701 S. 7th Street |
| *Attorney for Defendant* | Las Vegas, Nevada 89101 |
| Maurice Wooden | *Attorney for Defendant Stephen Alan Wynn* |

**ORDER**

**IT IS SO ORDERED.**

DATED: March 5, 2021

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| **From:** | Burke Huber |
| **To:** | Max Couvillier |
| **Cc:** | Tammy Peterson; Sliker, Joshua A. (Las Vegas); Christensen, Deverie J. (Las Vegas); Nikki Baker |
| **Subject:** | RE: Activity in Case 2:19-cv-02159-JCM-BNW Schrader v. Wynn et al Amended Complaint |
| **Date:** | Tuesday, March 2, 2021 12:15:54 PM |

Looks good to me. Go ahead and sign for me.

**Burke Huber**
Lawyer-Partner



Richard Harris Law Firm

801 South 4th Street | Las Vegas, NV 89101
tel (702) 444-4444 x 203 | fax (702) 444-4455

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

---

**From:** Max Couvillier <mcouvillier@kclawnv.com>
**Sent:** Tuesday, March 2, 2021 12:07 PM
**To:** Burke Huber <burke@richardharrislaw.com>
**Cc:** Tammy Peterson <tpeterson@petersonbaker.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@jacksonlewis.com>; Christensen, Deverie J. (Las Vegas) <deverie.christensen@jacksonlewis.com>; Nikki Baker <nbaker@petersonbaker.com>
**Subject:** RE: Activity in Case 2:19-cv-02159-JCM-BNW Schrader v. Wynn et al Amended Complaint

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attached is the revised Stipulation providing an extension for Defendants to file their responses to the FAC and to file motion to continue discovery stay by March 17, 2021.

Please let me know if you all consent to filing.

Thanks
Max

| | |
|---|---|
| **From:** | Sliker, Joshua A. (Las Vegas) |
| **To:** | Max Couvillier; Burke Huber |
| **Cc:** | Tammy Peterson; Christensen, Deverie J. (Las Vegas); Nikki Baker |
| **Subject:** | RE: Activity in Case 2:19-cv-02159-JCM-BNW Schrader v. Wynn et al Amended Complaint |
| **Date:** | Tuesday, March 2, 2021 12:17:13 PM |

You have permission to use my e-signature. Thanks, Max.

**Joshua A. Sliker**
Attorney at Law
**Jackson Lewis P.C.**
Bank of America Plaza 300 S. Fourth Street - Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460
Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com

Visit our resource page for information and guidance on COVID-19's workplace implications

---

**From:** Max Couvillier <mcouvillier@kclawnv.com>
**Sent:** Tuesday, March 2, 2021 12:07 PM
**To:** Burke Huber <burke@richardharrislaw.com>
**Cc:** Tammy Peterson <tpeterson@petersonbaker.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>; Christensen, Deverie J. (Las Vegas) <deverie.christensen@jacksonlewis.com>; Nikki Baker <nbaker@petersonbaker.com>
**Subject:** RE: Activity in Case 2:19-cv-02159-JCM-BNW Schrader v. Wynn et al Amended Complaint

**[EXTERNAL SENDER]**

Attached is the revised Stipulation providing an extension for Defendants to file their responses to the FAC and to file motion to continue discovery stay by March 17, 2021.

Please let me know if you all consent to filing.

Thanks
Max

| | |
|---|---|
| **From:** | Sliker, Joshua A. (Las Vegas) |
| **To:** | Max Couvillier; Burke Huber |
| **Cc:** | Tammy Peterson; Christensen, Deverie J. (Las Vegas); Nikki Baker |
| **Subject:** | RE: Activity in Case 2:19-cv-02159-JCM-BNW Schrader v. Wynn et al Amended Complaint |
| **Date:** | Tuesday, March 2, 2021 12:17:13 PM |

You have permission to use my e-signature. Thanks, Max.

**Joshua A. Sliker**
Attorney at Law
**Jackson Lewis P.C.**
Bank of America Plaza 300 S. Fourth Street - Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460
Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com

Visit our resource page for information and guidance on COVID-19's workplace implications

**From:** Max Couvillier <mcouvillier@kclawnv.com>
**Sent:** Tuesday, March 2, 2021 12:07 PM
**To:** Burke Huber <burke@richardharrislaw.com>
**Cc:** Tammy Peterson <tpeterson@petersonbaker.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>; Christensen, Deverie J. (Las Vegas) <deverie.christensen@jacksonlewis.com>; Nikki Baker <nbaker@petersonbaker.com>
**Subject:** RE: Activity in Case 2:19-cv-02159-JCM-BNW Schrader v. Wynn et al Amended Complaint

**[EXTERNAL SENDER]**

Attached is the revised Stipulation providing an extension for Defendants to file their responses to the FAC and to file motion to continue discovery stay by March 17, 2021.

Please let me know if you all consent to filing.

Thanks
Max