DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
DANIEL I. AQUINO, ESQ.
Nevada Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
    joshua.sliker@jacksonlewis.com
    daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME:**<br><br>**(1) FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (Second Request); AND**<br><br>**(2) FOR DEFENDANTS TO FILE MOTION TO CONTINUE STAY OF DISCOVERY (Second Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm, and Defendants Wynn Las Vegas, LLC and Wynn Resorts, Ltd. ("Defendants"), through their counsel Jackson Lewis P.C., Defendant Stephen Alan Wynn, through his counsel Peterson Baker, PLLC, and Defendant Maurice Wooden, by and through his counsel Kennedy & Couvillier, that all Defendants shall have a 14-day extension up to and including **March 31, 2021**, in which to file responses to Plaintiff's First Amended Complaint (ECF No. 90) and to file a Motion to Continue Stay of Discovery.

This Stipulation is submitted and based upon the following:

1. On May 11, 2020, the Court entered an Order granting Defendants' Motion for Stay of Discovery. ECF No. 57.

2. On February 17, 2021, the Court entered an Order that, among other things, granted, in part, Plaintiff's Motion for Leave to File her First Amended Complaint with respect to certain claims. ECF No. 89. Pursuant to the Court's Order, the Clerk's Office filed Plaintiff's First Amended Complaint (ECF No. 90) on February 17, 2021. ECF No. 90.

3. The May 11, 2020 Order effectively provided that the parties are to file a joint proposed discovery plan and scheduling order within 14 days after the Court's order resolving Defendants' then-pending motions to dismiss, which was March 3, 2021.

4. On March 2, 2021, the Parties stipulated to extend the time for Defendants to respond to the First Amended Complaint from March 3, 2021 to March 17, 2021. ECF No. 91. The Parties also agreed to effectively suspend the deadline to file the proposed discovery plan and scheduling order, and to extend the time for Defendants' to file motions to continue the stay of discovery. *Id.*

5. The Court entered an order approving the Stipulation on March 9, 2021. ECF No. 92.

6. Subsequently, Defendants have determined they need additional time to analyze the allegations and class claims set forth in the First Amended Complaint, including multiple subclasses and exhibits, confer with their respective clients, and prepare their responses to the voluminous First Amended Complaint. Additionally, recent tragic events at Defendant WLV's property involving the death of two employees has required Defendants WLV and WRL to devote their attention to handling those matters, and counsel expects WLV's and WRL's respective representatives will be effectively unavailable for at least several days.

7. Based on the foregoing, the Parties have stipulated to extend the time for Defendants to submit their respective responses to the First Amended Complaint and to file Motions to Continue the Discovery Stay to March 31, 2021.

8. This is the second request for an extension of time for Defendants to file their respective responses to Plaintiff's First Amended Complaint.

9. This is the second request for an extension of time for Defendants to file their Motions to Continue the Discovery Stay.

10. This request is made in good faith and not for the purpose of delay.

11. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 11th day of March, 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Joshua A. Sliker* |
| Richard Harris, Bar No. 505 | Deverie J. Christensen, Bar No. 6596 |
| Benjamin Cloward, Bar No. 11087 | Joshua A. Sliker, Bar No. 12493 |
| Burke Huber, Bar No. 10902 | Daniel Aquino, Bar No. 12682 |
| 801 S. Fourth Street | 300 S. Fourth Street, Ste. 900 |
| Henderson, Nevada 89101 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| *Brenna Schrader* | *Wynn Las Vegas, LLC and Wynn Resorts, Ltd.* |
| KENNEDY & COUVILLIER | PETERSON BAKER, PLLC |
| */s/ Maximiliano Couvillier* | */s/ Tamara Beatty Peterson* |
| Maximiliano D. Couvillier, Bar No. 7661 | Nikki Baker, Bar No. 6562 |
| 3271 E. Warm Springs Road | Tamara Beatty Peterson, Bar No. 5218 |
| Las Vegas, Nevada 89120 | 701 S. 7th Street |
| | Las Vegas, Nevada 89101 |
| *Attorney for Defendant* | |
| *Maurice Wooden* | *Attorney for Defendant* |
| | *Stephen Alan Wynn* |

## ORDER

### IT IS SO ORDERED

**DATED:** 3:35 pm, March 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4844-6394-5696, v. 1