DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
DANIEL I. AQUINO, ESQ.
Nevada Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
            joshua.sliker@jacksonlewis.com
            daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME:**<br><br>**(1) FOR DEFENDANTS WYNN LAS VEGAS, LLC AND WYNN RESORTS, LTD TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**(Third Request); AND**<br><br>**(2) FOR ALL DEFENDANTS TO FILE MOTION TO CONTINUE STAY OF DISCOVERY (Third Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm, Defendants Wynn Las Vegas, LLC ("WLV") and Wynn Resorts, Ltd. ("WRL"), through their counsel Jackson Lewis P.C., Defendant Stephen Alan Wynn, through his counsel Peterson Baker, PLLC, and Defendant Maurice Wooden, by and through his counsel Kennedy & Couvillier, that Defendants Wynn Las Vegas, LLC and Wynn Resorts, Ltd. shall have a seven (7) day extension up to and including **April 7, 2020**, in which to

file responses to Plaintiff's First Amended Complaint (ECF No. 90), and for all Defendants to file Motions to Continue Stay of Discovery.

This Stipulation is submitted and based upon the following:

1. On May 11, 2020, the Court entered an Order granting Defendants' Motion for Stay of Discovery. ECF No. 57.

2. On February 17, 2021, the Court entered an Order that, among other things, granted, in part, Plaintiff's Motion for Leave to File her First Amended Complaint with respect to certain claims. ECF No. 89. Pursuant to the Court's Order, the Clerk's Office filed Plaintiff's First Amended Complaint on February 17, 2021. ECF No. 90.

3. The May 11, 2020 Order effectively provided that the parties are to file a joint proposed discovery plan and scheduling order within 14 days after the Court's order resolving Defendants' then-pending motions to dismiss, which was March 3, 2021.

4. On March 2, 2021, the Parties stipulated to extend the time for all Defendants to respond to the First Amended Complaint from March 3, 2021 to March 17, 2021. ECF No. 91. The Parties also agreed to effectively suspend the deadline to file the proposed discovery plan and scheduling order, and to extend the time for Defendants' to file motions to continue the stay of discovery. *Id.* The Court entered an order approving the Stipulation on March 9, 2021. ECF No. 92.

5. On March 11, 2021, the Parties stipulated to extend the time for all Defendants to respond to the First Amended Complaint from March 17, 2021 to March 31, 2021. ECF No. 93. The Parties also agreed to effectively suspend the deadline to file the proposed discovery plan and scheduling order, and to extend the time for Defendants' to file motions to continue the stay of discovery. *Id.*; ECF No. 94. The Court entered an order approving the Stipulation on March 15, 2021. ECF No. 95.

6. Subsequently, Defendants WLV and WRL have determined they need additional time to finalize their respective responses to Plaintiff's First Amended Complaint. In addition, Counsel for Defendants WLV and WRL has had to unexpectedly temporarily divert attention to a significant document production analysis issue involving in excess of 25,000 documents in a trade

1  secrets arbitration matter which must be resolved on an expedited basis by order of the presiding
2  arbitrator.
3        7.      Based on the foregoing, the Parties have stipulated to extend the time for Defendants
4  WLV and WRL to submit their respective responses to the First Amended Complaint to by seven
5  (7) days to April 7, 2021. The Parties have further stipulated that all Defendants shall have until
6  April 7, 2021 to file Motions to Continue the Discovery Stay.
7        8.      Defendants WLV and WRL do not anticipate that any further extensions of the
8  deadlines related to these filings will be necessary.
9        9.      This is the third request for an extension of time for Defendants WLV and WRL to
10 file their respective responses to Plaintiff's First Amended Complaint, and for all Defendants to file
11 Motions to Continue the Discovery Stay.
12       10.     This request is made in good faith and not for the purpose of delay.
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

11. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim or defense held by any party.

Dated this 31st day of March, 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Joshua A. Sliker* |
| Richard Harris, Bar No. 505 | Deverie J. Christensen, Bar No. 6596 |
| Benjamin Cloward, Bar No. 11087 | Joshua A. Sliker, Bar No. 12493 |
| Burke Huber, Bar No. 10902 | Daniel Aquino, Bar No. 12682 |
| 801 S. Fourth Street | 300 S. Fourth Street, Ste. 900 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* *Brenna Schrader* | *Attorneys for Defendants* *Wynn Las Vegas, LLC and Wynn Resorts, Ltd.* |
| KENNEDY & COUVILLIER | PETERSON BAKER, PLLC |
| */s/ Todd E. Kennedy* | */s/ Nikki Baker* |
| Maximiliano D. Couvillier, Bar No. 7661 | Nikki Baker, Bar No. 6562 |
| Todd E. Kennedy, Bar No. 6014 | Tamara Beatty Peterson, Bar No. 5218 |
| 3271 E. Warm Springs Road | 701 S. 7th Street |
| Las Vegas, Nevada 89120 | Las Vegas, Nevada 89101 |
| *Attorney for Defendant* *Maurice Wooden* | *Attorney for Defendant* *Stephen Alan Wynn* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 4/2/2021

4844-6394-5696, v. 1