Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>**(FIRST REQUEST – to Extend time to file a Response to Motions to Stay Discovery)** |

IT IS HEREBY STIPULATED by and between Plaintiff, Brenna Schrader, ("Plaintiff"), through her counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, Wynn Las Vegas, LLC ("Defendant WLV") and Wynn Resorts, Ltd. ("Defendant WRL"), through their counsel Jackson Lewis P.C., Defendant, Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant, Maurice Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, (collectively "Defendants"), that Plaintiff shall have an extension up to and including May 24, 2020 to file a response to motions seeking to stay discovery.

/ / /

/ / /

/ / /

This Stipulation is submitted and based upon the following:

1.      On April 7, 2021, Mr. Wynn and Defendants WLV and WRL filed Motions to Stay Discovery [ECF Nos. 101, 106].  Mr. Wooden filed a Joinder [ECF No. 102].

2.      Defendants collectively filed five motions starting on March 31, 2021 and ending on April 7, 2021. [ECF Nos. 98, 99, 101, 103, and 106].

3.      Due to the complexity of the motions filed and Mr. Huber's need to continue home schooling for the time being, Plaintiff respectfully seeks an extension up to and including May 24, 2021 to file responses.

4.      In anticipation of potential Coronavirus obstacles and to avoid the need of filing an additional stipulation, the parties also stipulate the Defendants' Replies to Plaintiff's responses to the pending motions will be due three weeks later, on June 14, 2021.

5.      This is the first request for an extension of time for Plaintiff to file a response to Defendants' motions, and for an extended period for Defendants' reply briefs.

6.      This is the first stipulation related to Defendants' replies.

7.      This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8.   Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 21st day of April, 2021.

RICHARD HARRIS LAW FIRM

*/s/ Burke Huber*
Richard Harris, Bar No. 505
Benjamin Cloward, Bar No. 11087
Burke Huber, Bar No. 10902
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*
*Brenna Schrader*

KENNEDY & COUVILLIER

*/s/ Maximiliano Couvillier*
Maximiliano D. Couvillier, Bar No. 7661
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
*Attorney for Defendant*
*Maurice Wooden*

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
Deverie J. Christensen, Bar No. 6596
Joshua A. Sliker, Bar No. 12493
Daniel Aquino, Bar No. 12682
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts,*
*Ltd.*

PETERSON BAKER, PLLC

*/s/ Tamara Beatty Peterson*
Tamara Beatty Peterson, Bar No. 5218

701 S. 7th Street
Las Vegas, Nevada 89101
*Attorney for Defendant*
*Stephen Alan Wynn*

**ORDER**

IT IS SO ORDERED:

_____
United Magistrate Judge

Dated: ___April 23, 2021_____

4836-9391-3787, v. 1

3