1  Burke Huber
   Nevada State Bar No. 10902
2  **RICHARD HARRIS LAW FIRM**
   801 South 4th Street
3  Las Vegas, Nevada 89101
   Tel: (702) 444-4444
4  Email: burke@richarcharrislaw.com
   *Attorneys for Plaintiff*
5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8  BRENNA SCHRADER, an individual, on
   behalf of herself and all others similarly
9  situated,                                        Case No. 2:19-cv-02159-JCM-BNW

10              Plaintiff,

11        vs.

12 STEPHEN ALAN WYNN; an individual;               **STIPULATION TO EXTEND**
   MAURICE WOODEN, an individual, WYNN             **DEADLINE FOR PLAINTIFF TO FILE**
13 LAS VEGAS, LLC dba WYNN LAS VEGAS               **A RESPONSE TO DEFENDANTS'**
   a Nevada Limited Liability, WYNN                **MOTIONS TO DISMISS**
14 RESORTS, LTD, a Nevada Limited Liability
   Company; and DOES 1-20, inclusive; ROE          **(FIRST REQUEST – Response to**
15 CORPORATIONS 1-20, inclusive,                    **Motions to Dismiss)**

16              Defendants.

17

18

19        IT IS HEREBY STIPULATED by and between Plaintiff, Brenna Schrader, ("Plaintiff"),

20 through her counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, Wynn Las

21 Vegas, LLC ("Defendant WLV") and Wynn Resorts, Ltd. ("Defendant WRL"), through their

22 counsel Jackson Lewis P.C., Defendant, Stephen Alan Wynn ("Mr. Wynn"), through his counsel

23 Peterson Baker, PLLC, and Defendant, Maurice Wooden ("Mr. Wooden"), by and through his

24 counsel Kennedy & Couvillier, (collectively "Defendants"), that Plaintiff shall have an extension

25 up to and including May 24, 2020 to file a response to motions to dismiss.

26 / / /

27 / / /

28 / / /

This Stipulation is submitted and based upon the following:

1.      On March 31, 2021, Mr. Wooden and Mr. Wynn filed Motions to Dismiss [ECF Nos. 98, 99].

2.      On April 7, 2021, Defendants WLV and WRL filed a Partial Motion to Dismiss [ECF No. 90].

3.      Due to the complexity of the motions filed and Mr. Huber's need to continue home schooling for the time being, Plaintiff respectfully seeks an extension up to and including May 24, 2021 to file responses.

4.      In anticipation of potential Coronavirus obstacles and to avoid the need of filing an additional stipulation, the parties also stipulate the Defendants' Replies to Plaintiff's responses to Defendants' motions to dismiss will be due three weeks later, on June 14, 2021.

5.      This is the first request for an extension of time for Plaintiff to file a response to Defendants' motions to dismiss, and for an extended period for Defendants' reply briefs.

6.      This is the first stipulation related to Defendants' replies.

7.      This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8.     Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 21st day of April, 2021.

RICHARD HARRIS LAW FIRM

/s/ Burke Huber
Richard Harris, Bar No. 505
Benjamin Cloward, Bar No. 11087
Burke Huber, Bar No. 10902
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*
*Brenna Schrader*

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
Deverie J. Christensen, Bar No. 6596
Joshua A. Sliker, Bar No. 12493
Daniel Aquino, Bar No. 12682
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts,*
*Ltd.*

KENNEDY & COUVILLIER

/s/ Maximiliano Couvillier
Maximiliano D. Couvillier, Bar No. 7661
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
*Attorney for Defendant*
*Maurice Wooden*

PETERSON BAKER, PLLC

/s/ Tamara Beatty Peterson
Tamara Beatty Peterson, Bar No. 5218
701 S. 7th Street
Las Vegas, Nevada 89101
*Attorney for Defendant*
*Stephen Alan Wynn*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated:   April 26, 2021

4836-9391-3787, v. 1

3