Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>**(SECOND REQUEST – Response to Motions to Dismiss)** |

IT IS HEREBY STIPULATED by and between Plaintiff, Brenna Schrader, ("Plaintiff"), through her counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, Wynn Las Vegas, LLC ("Defendant WLV") and Wynn Resorts, Ltd. ("Defendant WRL"), through their counsel Jackson Lewis P.C., Defendant, Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant, Maurice Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, (collectively "Defendants"), that Plaintiff shall have an extension up to and including June 7, 2021 to file a response to motions to dismiss.

/ / /

/ / /

/ / /

This Stipulation is submitted and based upon the following:

1. On March 31, 2021, Mr. Wooden and Mr. Wynn filed Motions to Dismiss [ECF Nos. 98, 99].

2. On April 7, 2021, Defendants WLV and WRL filed a Partial Motion to Dismiss [ECF No. 90].

3. The lifting of Covid19 restrictions has caused Mr. Huber's calendar to be extraordinarily heavy.

4. Mr. Huber was in trial from April 30, 2021 until May 5, 2021 at the convention center.

5. Mr. Huber conducted an arbitration on May 7, 2021.

6. The following week Mr. Huber had a series of deadlines that could not be avoided.

7. In addition, Mr. Huber has had unanticipated client matters that had to be addressed immediately.

8. Due to the complexity of the motions filed, Plaintiff respectfully requests an extension up to and including June 7, 2021 to file responses.

9. The parties also stipulate the Defendants' Replies to Plaintiff's responses to Defendants' motions to dismiss will be due three weeks later, on July 5, 2021.

10. This is the second request for an extension of time for Plaintiff to file a response to Defendants' motions to dismiss, and for an extended period for Defendants' reply briefs.

11. This request is made in good faith and not for the purpose of delay.

///
///
///
///
///
///
///

2

12. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 20th day of May, 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| /s/ Burke Huber<br>Richard Harris, Bar No. 505<br>Benjamin Cloward, Bar No. 11087<br>Burke Huber, Bar No. 10902<br>801 S. Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff*<br>*Brenna Schrader* | /s/ Joshua A. Sliker<br>Deverie J. Christensen, Bar No. 6596<br>Joshua A. Sliker, Bar No. 12493<br>Daniel Aquino, Bar No. 12682<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.* |
| KENNEDY & COUVILLIER | PETERSON BAKER, PLLC |
| /s/ Maximiliano Couvillier<br>Maximiliano D. Couvillier, Bar No. 7661<br>3271 E. Warm Springs Road<br>Las Vegas, Nevada 89120<br>*Attorney for Defendant*<br>*Maurice Wooden* | /s/ Tamara Beatty Peterson<br>Tamara Beatty Peterson, Bar No. 5218<br>701 S. 7th Street<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant*<br>*Stephen Alan Wynn* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2021

4836-9391-3787, v. 1