1
2
3
4
5

Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richardharrislaw.com
*Attorneys for Plaintiff*

6

## UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8
9

BRENNA SCHRADER, an individual, on
behalf of herself and all others similarly
situated,

Case No. 2:19-cv-02159-JCM-BNW

10

Plaintiff,

11

vs.

12
13
14
15
16

STEPHEN ALAN WYNN; an individual;
MAURICE WOODEN, an individual, WYNN
LAS VEGAS, LLC dba WYNN LAS VEGAS
a Nevada Limited Liability, WYNN
RESORTS, LTD, a Nevada Limited Liability
Company; and DOES 1-20, inclusive; ROE
CORPORATIONS 1-20, inclusive,

Defendants.

**STIPULATION TO EXTEND
DEADLINE FOR PLAINTIFF TO FILE
A RESPONSE TO DEFENDANTS'
MOTIONS TO DISMISS**

**(THIRD REQUEST – Response to
Motions to Dismiss)**

17
18
19

IT IS HEREBY STIPULATED by and between Plaintiff, Brenna Schrader, ("Plaintiff"),

20

through her counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, Wynn Las

21

Vegas, LLC ("Defendant WLV") and Wynn Resorts, Ltd. ("Defendant WRL"), through their

22

counsel Jackson Lewis P.C., Defendant, Stephen Alan Wynn ("Mr. Wynn"), through his counsel

23

Peterson Baker, PLLC, and Defendant, Maurice Wooden ("Mr. Wooden"), by and through his

24

counsel Kennedy & Couvillier, (collectively "Defendants"), that Plaintiff shall have an extension

25

up to and including June 9, 2021 to file a response to motions to dismiss.

26

/ / /

27

/ / /

28

/ / /

This Stipulation is submitted and based upon the following:

1.      On March 31, 2021, Mr. Wooden and Mr. Wynn filed Motions to Dismiss [ECF Nos. 98, 99].

2.      On April 7, 2021, Defendants WLV and WRL filed a Partial Motion to Dismiss [ECF No. 90].

3.      Plaintiff's counsel, Mr. Huber, experienced a medical complication that required time off work to recuperate.

4.      The parties also stipulate the Defendants' Replies to Plaintiff's responses to Defendants' motions to dismiss will be due three weeks later, on July 7, 2021.

5.      This is the third request for an extension of time for Plaintiff to file a response to Defendants' motions to dismiss, and for an extended period for Defendants' reply briefs.

6.      This request is only for two additional days and is made in good faith and not for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1       7.      Nothing in this Stipulation, nor the fact of entering to the same, shall be construed

2  as waiving any claim and/or defense held by any party.

3  Dated this 7th day of June, 2021.

RICHARD HARRIS LAW FIRM           JACKSON LEWIS P.C.

*/s/ Burke Huber*                           */s/ Joshua A. Sliker*
Richard Harris, Bar No. 505          Deverie J. Christensen, Bar No. 6596
Benjamin Cloward, Bar No. 11087     Joshua A. Sliker, Bar No. 12493
Burke Huber, Bar No. 10902         Daniel Aquino, Bar No. 12682
801 S. Fourth Street               300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101           Las Vegas, Nevada 89101
*Attorney for Plaintiff*
*Brenna Schrader*                   *Attorneys for Defendants*
                                  *Wynn Las Vegas, LLC and Wynn Resorts,*
                                  *Ltd.*

KENNEDY & COUVILLIER          PETERSON BAKER, PLLC

*/s/ Maximiliano Couvillier*          */s/ Tamara Beatty Peterson*
Maximiliano D. Couvillier, Bar No. 7661  Tamara Beatty Peterson, Bar No. 5218
3271 E. Warm Springs Road        701 S. 7th Street
Las Vegas, Nevada 89120           Las Vegas, Nevada 89101
*Attorney for Defendant*            *Attorney for Defendant*
*Maurice Wooden*                 *Stephen Alan Wynn*

**ORDER**

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

Dated: _____ June 9, 2021

4836-9391-3787, v. 1

3