Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>**(THIRD REQUEST – to Extend time to file a Response to Motions to Stay Discovery)** |

IT IS HEREBY STIPULATED by and between Plaintiff, Brenna Schrader, ("Plaintiff"), through her counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, Wynn Las Vegas, LLC ("Defendant WLV") and Wynn Resorts, Ltd. ("Defendant WRL"), through their counsel Jackson Lewis P.C., Defendant, Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, and Defendant, Maurice Wooden ("Mr. Wooden"), by and through his counsel Kennedy & Couvillier, (collectively "Defendants"), that Plaintiff shall have an extension up to and including June 9, 2021 to file a response to motions seeking to stay discovery.

/ / /

/ / /

/ / /

This Stipulation is submitted and based upon the following:

1.    On April 7, 2021, Mr. Wynn and Defendants WLV and WRL filed Motions to Stay Discovery [ECF Nos. 101, 106].  Mr. Wooden filed a Joinder [ECF No. 102].

2.    Defendants collectively filed five motions starting on March 31, 2021 and ending on April 7, 2021. [ECF Nos. 98, 99, 101, 103, and 106].

3.    Plaintiff's counsel, Mr. Huber, experienced a medical complication that required time off of work to recuperate.

4.    Plaintiff's counsel reached out to Defense counsel who graciously agreed to stipulate to two additional days to file responses.

5.    Defendants' Replies to Plaintiff's responses to the pending motions will be due three weeks later, on July 7, 2021.

6.    This is the third request for an extension of time for Plaintiff to file a response to Defendants' motions, and for an extended period for Defendants' reply briefs.

7.    This request is only for two additional days and is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8.      Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 6ᵗʰ day of June, 2021.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|

*/s/ Burke Huber*

Richard Harris, Bar No. 505
Benjamin Cloward, Bar No. 11087
Burke Huber, Bar No. 10902
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*
*Brenna Schrader*

*/s/ Joshua A. Sliker*

Deverie J. Christensen, Bar No. 6596
Joshua A. Sliker, Bar No. 12493
Daniel Aquino, Bar No. 12682
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

KENNEDY & COUVILLIER                    PETERSON BAKER, PLLC

*/s/ Maximiliano Couvillier*

Maximiliano D. Couvillier, Bar No. 7661
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
*Attorney for Defendant*
*Maurice Wooden*

*/s/ Tamara Beatty Peterson*

Tamara Beatty Peterson, Bar No. 5218
701 S. 7ᵗʰ Street
Las Vegas, Nevada 89101
*Attorney for Defendant*
*Stephen Alan Wynn*

**ORDER**

IT IS SO ORDERED:

_____
United Magistrate Judge

Dated: June 11, 2021
       _____

4836-9391-3787, v. 1