DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
       joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>      vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO:**<br><br>**(1) FILE REPLIES IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO DISMISS (Fourth Request); AND**<br><br>**(2) FILE REPLIES IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO CONTINUE STAY OF DISCOVERY (Fourth Request)** |

      IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm, Defendants Wynn Las Vegas, LLC ("WLV") and Wynn Resorts, Ltd. ("WRL"), through their counsel Jackson Lewis P.C., Defendant Stephen Alan Wynn, through his counsel Peterson Baker, PLLC, and Defendant Maurice Wooden, by and through his counsel Kennedy & Couvillier, that the Defendants shall have up to and including **July 16, 2021**, in which to file their respective replies in support of their respective Motions to Dismiss and Motions to Continue Stay of Discovery.

This Stipulation is submitted and based upon the following:

1.      On May 11, 2020, the Court entered an Order granting Defendants' Motion for Stay of Discovery. ECF No. 57.

2.      On February 17, 2021, the Court entered an Order that, among other things, granted, in part, Plaintiff's Motion for Leave to File her First Amended Complaint with respect to certain claims. ECF No. 89. Pursuant to the Court's Order, the Clerk's Office filed Plaintiff's First Amended Complaint on February 17, 2021. ECF No. 90.

3.      The May 11, 2020 Order effectively provided that the parties are to file a joint proposed discovery plan and scheduling order within 14 days after the Court's order resolving Defendants' then-pending motions to dismiss, which was March 3, 2021.

4.      Defendants Wooden and Stephen A. Wynn filed their respective Motions to Dismiss on March 31, 2021. ECF No. 98 (Wooden) and No. 99 (SAW). Defendants WRL and WLV filed their Motion for Partial Dismiss (ECF No. 103) and respective answers on April 7, 2021 (ECF No. 104 (WLV) and No. 105 (WRL)). Defendants WRL, WLV and SAW also filed Motions to Continue Stay of Discovery that same day. ECF No. 101 (SAW), No. 106 (WLV and WRL). Defendant Wooden filed a joinder to Defendant's SAW's Motion to Continue Stay. ECF No. 102.

5.      On April 21, 2021, the Parties stipulated to extend the time for Plaintiff to respond Defendants' Motions to May 24, 2021. ECF Nos. 110 and 111. The Parties also agreed that Defendants' respective replies would be due on June 14, 2021. *Id.* The Court entered an order approving the Stipulation on April 23, 2021. ECF Nos. 112 and 113.

6.      On May 20, 2021, the Parties stipulated to extend the time for Plaintiff to respond Defendants' Motions to June 7, 2021. ECF Nos. 114 and 115. The Parties also agreed that Defendants' respective replies would be due on July 5, 2021. *Id.* The Court entered an order approving the Stipulation on May 24, 2021. ECF Nos. 116 and 117.

7.      On June 7, 2021, the Parties stipulated to extend the time for Plaintiff to respond Defendants' Motions to June 9, 2021. ECF Nos. 118 and 119. The Parties also agreed that Defendants' respective replies would be due on July 7, 2021. *Id.* The Court entered an order approving the Stipulation on June 9, 2021. ECF No. 120.

8.    Plaintiff filed her responses to Defendants' respective Motions on June 9, 2021. ECF Nos. 121-123.

9.    Subsequently, Defendants WLV and WRL have determined they need additional time to finalize their respective replies in support of their respective Motions to Dismiss and Motions to Continue Stay of Discovery (and joinder thereto) in light of the upcoming Fourth of July holiday and the office closures of Defendants' respective counsel. As such, the Parties have agreed that Defendants shall have up to and including July 16, 2021 to file their respective replies.

10.    This is the fourth request for an extension of time for Defendants to file their respective replies in support of their Motions to Dismiss Plaintiff's First Amended Complaint and Motions to Continue the Discovery Stay, and is made in good faith and not for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

11. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim or defense held by any party.

Dated this 1st day of July, 2021.

RICHARD HARRIS LAW FIRM

*/s/ Burke Huber*
Burke Huber, Bar No. 10902
801 S. Fourth Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff*
*Brenna Schrader*

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
Deverie J. Christensen, Bar No. 6596
Joshua A. Sliker, Bar No. 12493
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts,*
*Ltd.*

KENNEDY & COUVILLIER

*/s/ Maximiliano D. Couvillier*
Maximiliano D. Couvillier, Bar No. 7661
Todd E. Kennedy, Bar No. 6014
3271 E. Warm Springs Road
Las Vegas, Nevada 89120

*Attorney for Defendant*
*Maurice Wooden*

PETERSON BAKER, PLLC

*/s/ Nikki Baker*
Nikki Baker, Bar No. 6562
Tamara Beatty Peterson, Bar No. 5218
701 S. 7th Street
Las Vegas, Nevada 89101

*Attorney for Defendant*
*Stephen Alan Wynn*

## **ORDER**

IT IS SO ORDERED:

_____
United States District Court/Magistrate Judge

Dated: July 6, 2021.
_____

4827-6424-6512, v. 1