1   DEVERIE J. CHRISTENSEN, ESQ.
    Nevada Bar No. 6596
2   JOSHUA A. SLIKER, ESQ.
    Nevada Bar No. 12493
3   **JACKSON LEWIS P.C.**
    300 S. Fourth Street, Suite 900
4   Las Vegas, Nevada 89101
    Telephone: (702) 921-2460
5   Facsimile: (702) 921-2461
    E-Mail: deverie.christensen@jacksonlewis.com
6   E-Mail: joshua.sliker@jacksonlewis.com

7
    *Attorneys for Defendants*
8   *Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

9               **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11  BRENNA SCHRADER, an individual, on
    behalf of herself and all others similarly          Case No. 2:19-cv-02159-JCM-BNW
12  situated,

13              Plaintiff,                               **STIPULATION TO EXTEND TIME
                                                         FOR:**
14          vs.
                                                         **(1) THE PARTIES TO FILE THE
15  STEPHEN ALAN WYNN; an individual;                        DISCOVERY PLAN AND
    MAURICE WOODEN, an individual, WYNN                       SCHEDULING ORDER (First
16  LAS VEGAS, LLC dba WYNN LAS VEGAS                          Request); AND**
    a Nevada Limited Liability, WYNN
17  RESORTS, LTD, a Nevada Limited Liability
    Company; and DOES 1-20, inclusive; ROE              **(2) DEFENDANT STEPHEN ALAN
18  CORPORATIONS 1-20, inclusive,                            WYNN TO FILE ANSWER TO
                                                             PLAINTIFF'S FIRST AMENDED
19              Defendants.                                   COMPLAINT (Third Request)**

20  ─────────────────────────────

21          IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"),

22  through her counsel Richard Harris Law Firm, Defendants Wynn Las Vegas, LLC ("WLV") and

23  Wynn Resorts, Ltd. ("WRL"), through their counsel Jackson Lewis P.C., and Defendant Stephen

24  Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, that the time for the Parties

25  to submit the Discovery Plan and Scheduling Order, and for Defendant Mr. Wynn to file his Answer

26  to Plaintiff's First Amended Complaint, shall be extended to and including **April 28, 2022**.

27          This Stipulation is submitted and based upon the following:

28

JACKSON LEWIS P.C.
    LAS VEGAS

1.     On May 11, 2020, the Court entered an Order granting Defendants' Motion for Stay of Discovery. ECF No. 57.

2.     On February 17, 2021, the Court entered an Order that, among other things, granted, in part, Plaintiff's Motion for Leave to File her First Amended Complaint with respect to certain claims. ECF No. 89. Pursuant to the Court's Order, the Clerk's Office filed Plaintiff's First Amended Complaint on February 17, 2021. ECF No. 90.

3.     On March 2, 2021, the Parties stipulated to extend the time for all Defendants to respond to the First Amended Complaint from March 3, 2021, to March 17, 2021. ECF No. 91. The Court entered an order approving the Stipulation on March 9, 2021. ECF No. 92.

4.     On March 11, 2021, the Parties stipulated to extend the time for all Defendants to respond to the First Amended Complaint from March 17, 2021, to March 31, 2021. ECF No. 93. The Court entered an order approving the Stipulation on March 15, 2021. ECF No. 95.

5.     On March 31, 2021, Defendant Mr. Wynn filed his motion to dismiss Plaintiff's First Amended Complaint. ECF No. 99. Defendant Mr. Wynn also moved on April 7, 2021, to stay discovery pending the Court's decision on the pending motions to dismiss. ECF No. 101.

6.     On April 7, 2021, Defendants WRL and WLV filed their motion to dismiss the First Amended Complaint. ECF Nos. 103. Defendants WRL and WLV also filed their respective Answers to Plaintiff's First Amended Complaint that same day. ECF No. 104 and 105. Defendants WRL and WLV filed a motion to stay discovery pending decision on the motions to dismiss. ECF No. 106.

7.     On October 14, 2021, the Court entered an Order granting Defendants' respective motions tostay discovery. ECF No. 139. Therein, the Court ordered "that the parties are to file a joint, proposed discovery plan and scheduling order within 14 days after ECF Nos. 98, 99, and 103 are decided." *Id.* at p. 9.

8.     On March 31, 2022, the Court entered an order granting, in part, and denying, in part, Defendants' respective motions to dismiss. ECF No. 140. Defendant Wooden has been dismissed from the case entirely. *Id.*

9.      As such, the proposed discovery plan and scheduling order is currently due on April 14, 2022. In addition, pursuant to FRCP 12(a)(4)(A), Defendant Mr. Wynn's answer to the First Amended Complaint is due on April 14, 2022. ECF Nos. 104 and 105.

10.      Lead counsel for Defendants WRL and WLV will be out of the country from April 12-20, 2022. Lead counsel for Defendant Mr. Wynn will be out of the office from April 11-April 18, 2022. Due to work conflicts, counsel for Defendants and counsel for Plaintiff were unable to schedule and hold a Rule 26 conference prior to April 11, 2022.  As a result, the Parties need additional time to meet and confer in order to prepare the proposed discovery plan and scheduling order, and Defendant Mr. Wynn requires additional time to prepare his answer to the First Amended Complaint.

11.      Based on the foregoing considerations, the Parties have agreed to extend the deadline to submit the proposed discovery plan and scheduling order, and for Defendant Mr. Wynn to file his answer to the First Amended Complaint to and including April 28, 2022.

12.      This Stipulation is made in good faith and not for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

13.     Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim or defense held by any party.

Dated this 11th day of April, 2022.

RICHARD HARRIS LAW FIRM

*/s/ Burke Huber*
Burke Huber, Bar No. 10902
801 S. Fourth Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff*
*Brenna Schrader*


PETERSON BAKER, PLLC

*/s/ Nikki Baker*
Tamara Beatty Peterson, Bar No. 5218
Nikki Baker, Bar No. 6562
701 S. 7th Street
Las Vegas, Nevada 89101

*Attorney for Defendant*
*Stephen Alan Wynn*


JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
Deverie J. Christensen, Bar No. 6596
Joshua A. Sliker, Bar No. 12493
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts,*
*Ltd.*


**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge


Dated: April 19, 2022
_____