Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>        vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>      Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME FOR:**<br><br>**THE PARTIES TO FILE THE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm, Defendants Wynn Las Vegas, LLC ("WLV") and Wynn Resorts, Ltd. ("WRL"), through their counsel Jackson Lewis P.C., and Defendant Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, that the time for the Parties to submit the Discovery Plan and Scheduling Order, and for Defendant Mr. Wynn, that Plaintiff shall have an extension up to and including **May 13, 2022** to file a Rule 26 Scheduling Order.

This Stipulation is submitted and based upon the following:

1.      On May 11, 2020, the Court entered an Order granting Defendants' Motion for Stay of Discovery. ECF No. 57.

2.      On February 17, 2021, the Court entered an Order that, among other things, granted, in part, Plaintiff's Motion for Leave to File her First Amended Complaint with respect to certain

claims. ECF No. 89. Pursuant to the Court's Order, the Clerk's Office filed Plaintiff's First Amended Complaint on February 17, 2021. ECF No. 90.

3.      On March 2, 2021, the Parties stipulated to extend the time for all Defendants to respond to the First Amended Complaint from March 3, 2021, to March 17, 2021. ECF No. 91. The Court entered an order approving the Stipulation on March 9, 2021. ECF No. 92.

4.      On March 11, 2021, the Parties stipulated to extend the time for all Defendants to respond to the First Amended Complaint from March 17, 2021, to March 31, 2021. ECF No. 93. The Court entered an order approving the Stipulation on March 15, 2021. ECF No. 95.

5.      On March 31, 2021, Defendant Mr. Wynn filed his motion to dismiss Plaintiff's First Amended Complaint. ECF No. 99. Defendant Mr. Wynn also moved on April 7, 2021, to stay discovery pending the Court's decision on the pending motions to dismiss. ECF No. 101.

6.      On April 7, 2021, Defendants WRL and WLV filed their motion to dismiss the First Amended Complaint. ECF Nos. 103. Defendants WRL and WLV also filed their respective Answers to Plaintiff's First Amended Complaint that same day. ECF No. 104 and 105. Defendants WRL and WLV filed a motion to stay discovery pending decision on the motions to dismiss. ECF No. 106.

7.      On October 14, 2021, the Court entered an Order granting Defendants' respective motions to stay discovery. ECF No. 139. Therein, the Court ordered "that the parties are to file a joint, proposed discovery plan and scheduling order within 14 days after ECF Nos. 98, 99, and 103 are decided." *Id.* at p. 9.

8.      On March 31, 2022, the Court entered an order granting, in part, and denying, in part, Defendants' respective motions to dismiss. ECF No. 140. Defendant Wooden has been dismissed from the case entirely. *Id.*

9.      On April 11, 2022, the Court entered an order granting the parties' stipulation to extend Defendant Stephen Alan Wynn's deadline to file an answer and also allow the parties additional time to file a proposed scheduling order. ECF No. 142.

10.     As such, the proposed discovery plan and scheduling order is currently due on April 28, 2022. In addition, pursuant to FRCP 12(a)(4)(A), Defendant Mr. Wynn's answer to the First Amended Complaint is due on April 28, 2022. ECF Nos. 142.

11.     Plaintiff's counsel has been preparing for trial set for May 5, 2022.

12.     Due to the amount of work involved in preparing for said trial, Plaintiff will not be able to meet with Defense counsel to discuss the discovery plan.

13.     Due to the complexity of the issues related to the Plaintiff's complaint, and the Defendants' answers, the parties will need to address numerous issues that will most likely require considerable discussion.

14.     In addition, Plaintiff respectfully requests an opportunity to view Defendant Stephen Wynn's answer in order to adequately prepare for the Rule 26 conference.

15.     At this time, the parties have scheduled to meet and discuss the plan on May 10, 2022 at 1 pm.

16.     Based on the foregoing considerations, the Parties have agreed to extend the deadline to submit the proposed scheduling order to May 13, 2022.

17.     This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

18.     Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim or defense held by any party.

Dated this 26th day of April, 2022.

RICHARD HARRIS LAW FIRM                    JACKSON LEWIS P.C.

/s/ Burke Huber                                          /s/ Joshua A. Sliker
Burke Huber, Bar No. 10902                       Deverie J. Christensen, Bar No. 6596
801 S. Fourth Street                                    Joshua A. Sliker, Bar No. 12493
Las Vegas, Nevada 89101                           300 S. Fourth Street, Ste. 900
                                                                   Las Vegas, Nevada 89101
Attorney for Plaintiff
Brenna Schrader                                          Attorneys for Defendants
                                                                   Wynn Las Vegas, LLC and Wynn Resorts,
                                                                   Ltd.

PETERSON BAKER, PLLC

/s/ Nikki Baker
Tamara Beatty Peterson, Bar No. 5218
Nikki Baker, Bar No. 6562
701 S. 7th Street
Las Vegas, Nevada 89101

Attorney for Defendant
Stephen Alan Wynn

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
United States Magistrate Judge


Dated: ___April 27, 2022_____

4