DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO EXTEND TIME FORTHE PARTIES TO FILE THE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(Third Request)** |

    IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm and Eglet Adams, Defendants Wynn Las Vegas, LLC ("WLV") and Wynn Resorts, Ltd. ("WRL"), through their counsel Jackson Lewis P.C., and Defendant Stephen Alan Wynn ("Mr. Wynn"), through his counsel Peterson Baker, PLLC, that the time for the Parties to submit the Discovery Plan and Scheduling Order shall be extended to and including **May 20, 2022**.

    This Stipulation is submitted and based upon the following:

    1.    On May 11, 2020, the Court entered an Order granting Defendants' Motion for Stay of Discovery. ECF No. 57.

2. On February 17, 2021, the Court entered an Order that, among other things, granted, in part, Plaintiff's Motion for Leave to File her First Amended Complaint with respect to certain claims. ECF No. 89. Pursuant to the Court's Order, the Clerk's Office filed Plaintiff's First Amended Complaint on February 17, 2021. ECF No. 90.

3. On March 2, 2021, the Parties stipulated to extend the time for all Defendants to respond to the First Amended Complaint from March 3, 2021, to March 17, 2021. ECF No. 91. The Court entered an order approving the Stipulation on March 9, 2021. ECF No. 92.

4. On March 11, 2021, the Parties stipulated to extend the time for all Defendants to respond to the First Amended Complaint from March 17, 2021, to March 31, 2021. ECF No. 93. The Court entered an order approving the Stipulation on March 15, 2021. ECF No. 95.

5. On March 31, 2021, Defendant Mr. Wynn filed his motion to dismiss Plaintiff's First Amended Complaint. ECF No. 99. Defendant Mr. Wynn also moved on April 7, 2021, to stay discovery pending the Court's decision on the pending motions to dismiss. ECF No. 101.

6. On April 7, 2021, Defendants WRL and WLV filed their motion to dismiss the First Amended Complaint. ECF Nos. 103. Defendants WRL and WLV also filed their respective Answers to Plaintiff's First Amended Complaint that same day. ECF No. 104 and 105. Defendants WRL and WLV filed a motion to stay discovery pending decision on the motions to dismiss. ECF No. 106.

7. On October 14, 2021, the Court entered an Order granting Defendants' respective motions to stay discovery. ECF No. 139. Therein, the Court ordered "that the parties are to file a joint, proposed discovery plan and scheduling order within 14 days after ECF Nos. 98, 99, and 103 are decided." *Id.* at p. 9.

8. On March 31, 2022, the Court entered an order granting, in part, and denying, in part, Defendants' respective motions to dismiss. ECF No. 140. Defendant Wooden has been dismissed from the case entirely. *Id.*

9. On April 11, 2022, the Court entered an order granting the parties' stipulation to extend the time for the parties to file the proposed scheduling order (first request) to April 28, 2022. ECF No. 142.

10. On April 27, 2022, the Court entered an order granting the parties' stipulation to extend the time for the parties to file the proposed scheduling order (second request) to May 13, 2022. ECF No. 146. The extension was necessary because Plaintiff's counsel was in trial in another case for several weeks.

11. On May 9, 2022, Plaintiff associated in additional attorneys of record from the law firm of Eglet Adams.

12. On May 10, 2022, the parties held the FRCP 26(f) conference. Thereafter, they exchanged drafts of the Joint Discovery Plan and Scheduling Order. However, after reviewing the latest draft (circulated the morning of May 10th), the parties believe they need to conduct a second 26(f) conference to attempt to resolve areas of significant disagreement that have since arisen and were not apparent during the first conference. However, not all counsel are available to hold a second conference and make any necessary revisions to the Joint Discovery Plan and Scheduling Order until next week. As a result, the parties need additional time to meet and confer in order to finalize the proposed discovery plan and scheduling order.

13. Based on the foregoing considerations, the Parties have agreed to extend the deadline to submit the proposed discovery plan and scheduling order to and including **May 20, 2022**.

14. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

15. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim or defense held by any party.

Dated this 13th day of May, 2022.

| EGLET ADAMS | JACKSON LEWIS P.C. |
|---|---|
| */s/ Brittney Glover* | */s/ Joshua A. Sliker* |
| Tracy A. Eglet, Bar No. 6419 | Deverie J. Christensen, Bar No. 6596 |
| Brittney Glover, Bar No. 15412 | Joshua A. Sliker, Bar No. 12493 |
| 400 S. 7th Street, Ste. 400 | 300 S. Fourth Street, Ste. 900 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89101 |
| RICHARD HARRIS LAW FIRM | |
| | *Attorneys for Defendants* |
| Burke Huber, Bar No. 10902 | *Wynn Las Vegas, LLC and Wynn Resorts,* |
| 801 S. Fourth Street | *Ltd.* |
| Las Vegas, Nevada 89101 | |

*Attorney for Plaintiff*
*Brenna Schrader*


PETERSON BAKER, PLLC

*/s/ Tamara Beatty Peterson*
Tamara Beatty Peterson, Bar No. 5218
Nikki Baker, Bar No. 6562
701 S. 7th Street
Las Vegas, Nevada 89101

*Attorney for Defendant*
*Stephen Alan Wynn*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge


Dated: May 16, 2022