1   TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com

2   NIKKI L. BAKER, ESQ., Bar No. 6562
nbaker@petersonbaker.com

3   PETERSON BAKER, PLLC
701 S. 7th Street

4   Las Vegas, NV 89101
Telephone:  702.786.1001

5   Facsimile:  702.786.1002

6   *Attorneys for Defendant Stephen Alan Wynn*

7

8   **UNITED STATES DISTRICT COURT**

9   **DISTRICT OF NEVADA**

| | |
|---|---|
| 10   BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated, | Case No.:  2:19-cv-02159-JCM-BNW |
| 11 | |
| 12          Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE AND EXTEND BRIEFING DEADLINE REGARDING [PROPOSED] JOINT DISCOVERY PLAN AND SCHEDULING ORDER [ECF NO. 151]** |
| 13   vs. | |
| 14   STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive, | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19          Defendants. | |

**PETERSON BAKER, PLLC**
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

20      IT IS HEREBY STIPULATED, subject to the Court's approval, by and between Defendant

21  Stephen Alan Wynn ("Mr. Wynn"), through his counsel of record, the law firm of Peterson Baker,

22  PLLC; Plaintiff Brenna Schrader ("Plaintiff"), through her counsel of record, the law firms of Eglet

23  Adams and Richard Harris Law Firm;  and Defendants Wynn Las Vegas, LLC ("WLV") and Wynn

24  Resorts, Ltd. ("WRL"), through their counsel of record, the law firm of Jackson Lewis P.C., that

25  the supplemental briefing regarding the [Proposed] Joint Discovery Plan and Scheduling Order

26  [ECF No. 151] ("Discovery Plan and Scheduling Order") shall be extended to and including **June**

27  **29, 2022**, and the hearing set for June 21, 2022 be continued to a date convenient for the Court on

28  or after **July 6, 2022**.

This Stipulation is submitted and based upon the following:

1.      On May 20, 2022, the Parties filed their [Proposed] Joint Discovery Plan and Scheduling Order [ECF No. 151] ("Discovery Plan and Scheduling Order") requesting special scheduling review.

2.      On May 25, 2022, the Court entered a Minute Order in Chambers [ECF No. 152] setting a hearing for June 10, 2022, as to the Discovery Plan and Scheduling Order.

3.      On June 6, 2022, at 9:21 p.m., the Court entered a Minute Order in Chambers [ECF No. 153] continuing the June 10, 2022 hearing on the Discovery Plan and Scheduling Order to June 21, 2022, at 1:00 p.m., and ordering the Parties to file supplemental briefing by June 15, 2022.

4.      Lead counsel for Mr. Wynn has a trial starting June 21, 2022, in the Eighth Judicial District Court, Clark County, Nevada, and will be unable to attend the June 21, 2022 hearing in this matter.

5.      Additionally, the parties desire additional time to complete the supplemental briefing as ordered by the Court.

6.      Good cause exists to extend the time for supplemental briefing, and to extend the date of the hearing in this matter.

7.      Based on the foregoing considerations, and in accordance with Fed. R. Civ. P. 6(b)(1), the Parties have agreed to extend the deadline to submit supplemental briefing regarding the Discovery Plan and Scheduling Order to and including June 29, 2022, and to continue the hearing to a date convenient for the Court on or after July 6, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

2

8.  This Stipulation is made in good faith and not for the purpose of delay.

Dated this 9th day of June, 2022.

/s/ Tamara Beatty Peterson
TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 5218
tpeterson@petersonbaker.com
NIKKI L. BAKER, ESQ.
Nevada Bar No. 6562
nbaker@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002
*Attorneys for Defendant Stephen Alan Wynn*

/s/ Deverie J. Christensen
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
christensend@jacksonlewis.com
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
joshua.sliker@jacksonlewis.com
JACKSON LEWIS P.C.
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

/s/ Brittney Glover
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
teglet@egletlaw.com
BRITTNEY GLOVER, ESQ.
Nevada Bar No. 15412
bglover@egletlaw.com
EGLET ADAMS
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101

RICHARD HARRIS, ESQ.
Nevada Bar No. 505
rick@richardharrislaw.com
BURKE HUBER, ESQ.
Nevada Bar No. 10902
burke@richardharrislaw.com
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Brenna Schrader*

## <u>ORDER</u>

IT IS ORDERED that ECF No. 154 is GRANTED.

IT IS FURTHER ORDERED that the hearing regarding ECF No. 151 is rescheduled to 7/12/2022 at 10:00 a.m. via Zoom video conference.

IT IS SO ORDERED
DATED: 3:59 pm, June 10, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

3