1   TRACY A. EGLET, ESQ.
    Nevada Bar No. 6419
2   BRITTNEY R. GLOVER, ESQ.
    Nevada Bar No. 15412
3
    **EGLET ADAMS**
4   400 South 7th Street, 4th Floor
    Las Vegas, Nevada 89101
5   Tel.:   702-450-5400
    Fax:    702-450-5451
6   eservice@egletlaw.com
7   *and*
    RICHARD A. HARRIS, ESQ.
8   Nevada Bar No. 000505
    BURKE L. HUBER, ESQ.
9   Nevada Bar No. 010902
10  **RICHARD HARRIS LAW FIRM**
    801 S. 4th St.
11  Las Vegas, Nevada 89101
    Tel.:   702-444-4444
12  Fax:    702-444-4455
13  burke@richardharrislaw.com
14  *Attorneys for Plaintiff*

15              **UNITED STATES DISTRICT COURT**

16              **DISTRICT OF NEVADA**

17  BRENNA SCHRADER, an individual, on behalf    Case No. 2:19-cv-02159-JCM-BNW
18  of herself and all others similarly situated,

19              Plaintiff,                        **STIPULATION AND ORDER TO
                                                  EXTEND DISCOVERY DEADLINES**
20      vs.                                       **(First Request)**

21  STEPHEN ALAN WYNN; an individual;
22  MAURICE WOODEN, an individual, WYNN
    LAS VEGAS, LLC dba WYNN LAS VEGAS a
23  Nevada Limited Liability, WYNN RESORTS,
    LTD, a Nevada Limited Liability Company; and
24  DOES 1-20, inclusive; ROE CORPORATIONS
    1-20, inclusive,
25
26              Defendants.

27          Plaintiff Brenna Schrader ("Plaintiff"), by and through her counsel of record, Eglet Adams

28  and Richard Harris Law Firm, Defendants Wynn Las Vegas, LLC ("WLV") and Wynn Resorts,

    Limited ("WRL"), by and through their counsel of record, Jackson Lewis P.C., and Defendant

Stephen Alan Wynn ("Mr. Wynn"), by and through his counsel of record, Peterson Baker, PLLC, hereby submit the foregoing stipulation and order to extend discovery deadlines by ninety (90) days pursuant to LR 26-3 and LR IA 6-1:

## I.
## A STATEMENT SPECIFYING THE DISCOVERY COMPLETED

Plaintiff, Defendants WLV and WRL, and Defendant Mr. Wynn have served their Early Case Conference Disclosure of Documents and Witnesses Pursuant to Fed. R. Civ. P. 26(a)(1). On August 12, 2022, Plaintiff served her First Supplement to the Early Case Conference Disclosure of Documents and Witnesses and FRCP 26(a)(1) Pre-Trial Disclosure.

## II.
## A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED

On July 26, 2022, Plaintiff's counsel sent defense counsel proposed dates of availability to schedule Maurice Wooden's deposition as he has knowledge of the facts and circumstances surrounding the claims in this matter. After multiple emails were exchanged, the parties agreed to proceed with Mr. Wooden's deposition on November 16, 2022.

Plaintiff is in the process of collecting medical records, billing records, tax documentation, and other information and/or documents pertinent to her damages in this matter. Plaintiff is also in the process of propounding written discovery to the Defendants.

Plaintiff will continue to supplement her disclosures and it is anticipated the parties will seek to schedule depositions of additional parties and witnesses. The extended time will allow adequate time for the parties to conduct discovery, including propounding and answering written discovery, retaining expert witnesses, and scheduling party, third-party, and expert witness depositions.

## III.
## REASON WHY DISCOVERY WAS NOT COMPLETED

On May 20, 2022, the parties submitted their [Proposed] Joint Discovery Plan and Scheduling Order. ECF No. 151. As the parties had different positions regarding whether

2

1  bifurcation of discovery was necessary, the parties requested a scheduling conference with the

2  Court in accordance with FRCP 16. *Id.* at 5:12-17. On May 25, 2022, the Court scheduled a hearing

3  regarding the parties' [Proposed] Joint Discovery Plan and Scheduling Order for June 10, 2022 at

4  12:00 p.m. ECF No. 152. On June 6, 2022, based on the parties' position regarding phased

5  discovery, the Court ordered the parties to submit additional arguments they would like the Court

6  to consider no later than June 15, 2022 by 5:00 p.m. ECF No. 153. The Court further rescheduled

7  the hearing regarding this matter to June 21, 2022 at 1:00 p.m. *Id.*

8      On June 9, 2022, at the request of counsel for Defendant Stephen Alan Wynn, the parties

9  submitted a Stipulation to Continue Hearing Date and Extend Briefing Deadline Regarding

10  [Proposed] Joint Discovery Plan and Scheduling Order. ECF No. 154. On June 10, 2022, the Court

11  granted the parties' Stipulation. ECF No. 155. Accordingly, the deadline to submit supplemental

12  briefing regarding the Discovery Plan and Scheduling Order was extended until June 29, 2022 and

13  the hearing date was rescheduled to July 12, 2022 at 10:00 a.m. *Id.*

14      On July 12, 2022, the Court heard oral argument from the respective parties regarding

15  whether bifurcated discovery was necessary and took the matter under submission. ECF No. 159.

16  On July 14, 2022, the Court set a hearing for July 15, 2022 at 10:00 a.m. to issue an oral ruling

17  regarding this matter. ECF No. 160. On July 15, 2022, the Court issued its Minutes of Proceedings

18  summarizing the oral ruling regarding the parties' [Proposed] Joint Discovery Plan and Scheduling

19  Order. ECF No. 161. As the Court ordered that the current discovery cut-off is November 14, 2022,

20  the parties require additional time to complete discovery in this complex putative class action case.

21      At the time of the hearing held July 15, 2022, the Court asked the parties to file a new

22  Discovery Plan and Scheduling Order that contained the rulings presented during the proceeding.

23  [ECF No. 161]. Defense counsel requested a copy of the transcript from the July 15, 2022 hearing,

24  requesting the same on a 7-day expedite, but due to illness of the court reporter, the transcript was

25  not filed with the Court until August 5, 2022. Because the parties did not have the transcript from

26  the July 15, 2022 hearing until August 5 2022, the parties have been working diligently to prepare

27  a Discovery Plan and Scheduling Order.

28

1    On August 5, 2022, Plaintiff's counsel proposed extending all deadlines for 90 days.

2 However, the date of Plaintiff's request occurred after a date that was 21 days before the deadline

3 to amend pleadings or add parties, and thus, a stipulation to extend could not comply with LR 26-

4 3.  The parties believe their delay is the result of excusable neglect pursuant to LR 26-3.

5    On August 9, 2022, Plaintiff's counsel circulated the instant Stipulation and Order for

6 review and approval by all parties. The parties have been diligently communicating via email on

7 various topics, however, there are 4 different law firms actively involved in this matter. The parties

8 exchanged proposed edits and ultimately agreed on the language set forth in the instant Stipulation

9 and Order. However, as the deadline to file motions to amend pleadings or add parties expired

10 before the parties were able to finalize the instant Stipulation and Order, the parties respectfully

11 request that this Court consider the delay in finalizing the instant Stipulation and Order in good

12 faith and the result of excusable neglect pursuant to LR 26-3. The requested extension is further

13 not intended for purposes of delay, and as such, good cause exists for the requested extension.

14 Accordingly, the parties respectfully request that this Court grant their first requested extension of

15 all deadlines for ninety (90) days as requested herein.

16

17 . . .

18 . . .

19 . . .

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .
. . .

4

## IV.

## A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The parties respectfully request that this Court enter an Order setting the following discovery plan and scheduling order dates for phase 1 of discovery in this matter:

| **Deadline**: | **Current Date:** | **Proposed New Date**: |
|---|---|---|
| Deadline to complete discovery | November 14, 2022 | **February 13, 2023** |
| Deadline to file motions to amend pleadings or add parties | August 16, 2022 | **November 14, 2022** |
| Deadline for initial expert disclosures | September 15, 2022 | **December 14, 2022** |
| Deadline for rebuttal expert disclosures | October 17, 2022 | **January 16, 2023** |
| Deadline for parties to file dispositive motions | December 14, 2022 | **March 14, 2023** |
| Deadline for Rule 23 Class Certification Motion | February 17, 2023 | **May 18, 2023** |

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1  DATED this 6th day of September, 2022.

2   RICHARD HARRIS LAW FIRM                JACKSON LEWIS P.C.

3   */s/Burke Huber, Esq.*                  */s/Joshua A. Sliker, Esq.*
4   Burke Huber, Bar No. 10902              Deverie J. Christensen, Bar No. 6596
    801 S. Fourth Street                    Joshua A. Sliker, Bar No. 12493
5   Las Vegas, Nevada 89101                 300 S. Fourth Street, Ste. 900
6   *Attorneys for Plaintiff*               Las Vegas, Nevada 89101
    *Brenna Schrader*                       *Attorneys for Defendants*
7                                           *Wynn Las Vegas, LLC and Wynn Resorts,*
                                            *Ltd.*
8   EGLET ADAMS

9                                           PETERSON BAKER, PLLC
    */s/Brittney R. Glover, Esq.*
10  Tracy A. Eglet, Bar No. 6419            */s/Tamara Beatty Peterson, Esq.*
    Brittney R. Glover, Bar No. 15412       Tamara Beatty Peterson, Bar No. 5218
11  400 S. 7th Street, Ste. 400             Nikki Baker, Bar No. 6562
    Las Vegas, NV 89101                     701 S. 7th Street
12  *Attorneys for Plaintiff*               Las Vegas, Nevada 89101
13  *Brenna Schrader*                       *Attorney for Defendant*
                                            *Stephen Alan Wynn*
14

15

16                              **<u>ORDER</u>**

17                        IT IS SO ORDERED.

18

19                        _____
                          United States Magistrate Judge
20
                          Dated: _September 7, 2022_____
21  Submitted By:

22  EGLET ADAMS

23  */s/Brittney R. Glover, Esq.*
24  Tracy A. Eglet, Bar No. 6419
    Brittney R. Glover, Bar No. 15412
25  400 S. 7th Street, Ste. 400
    Las Vegas, NV 89101
26  *Attorneys for Plaintiff*
    *Brenna Schrader*
27

28

                                  6

**Bianca Marx**

| | |
|---|---|
| **From:** | Tammy Peterson <tpeterson@petersonbaker.com> |
| **Sent:** | Friday, September 2, 2022 3:16 PM |
| **To:** | Brittney Glover; Sliker, Joshua A. (Las Vegas); Christensen, Deverie J. (Las Vegas) |
| **Cc:** | Burke Huber; Danielle Miller; Bianca Marx; Nikki Baker; Williams, Hilary A. (Las Vegas); Chandler, Kelley (Las Vegas); Burke Huber |
| **Subject:** | RE: Schrader v. Wynn, et. al. - Computation of Damages |

Brittney

Sorry for the delay, I was in deposition today.  You may affix my electronic signature on the stipulation to extend.

Regards
Tammy


**Tamara Beatty Peterson, Esq.**
Peterson Baker, PLLC
702.786.1001

---

**From:** Brittney Glover <bglover@egletlaw.com>
**Sent:** Friday, September 2, 2022 1:34 PM
**To:** Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>; Tammy Peterson <tpeterson@petersonbaker.com>; Christensen, Deverie J. (Las Vegas) <deverie.christensen@jacksonlewis.com>
**Cc:** Burke Huber <burke@richardharrislaw.com>; Danielle Miller <dmiller@egletlaw.com>; Bianca Marx <bmarx@egletlaw.com>; Nikki Baker <nbaker@petersonbaker.com>; Williams, Hilary A. (Las Vegas) <Hilary.Williams@Jacksonlewis.com>; Chandler, Kelley (Las Vegas) <Kelley.Chandler@jacksonlewis.com>; Burke Huber <burke@vanlawfirm.com>
**Subject:** RE: Schrader v. Wynn, et. al. - Computation of Damages

Thank you. We will get the DPSO filed now.

Once I receive permission from Tammie on the stipulation to extend, we will get that filed.

**Bianca Marx**

| | |
|---|---|
| **From:** | Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com> |
| **Sent:** | Friday, September 2, 2022 1:27 PM |
| **To:** | Tammy Peterson; Brittney Glover; Christensen, Deverie J. (Las Vegas) |
| **Cc:** | Burke Huber; Danielle Miller; Bianca Marx; Nikki Baker; Williams, Hilary A. (Las Vegas); Chandler, Kelley (Las Vegas); Burke Huber |
| **Subject:** | RE: Schrader v. Wynn, et. al. - Computation of Damages |

Brittney,

You have permission to affix my signature to the revised DPSO and the stipulation to extend.

Thanks.



**Joshua A. Sliker** (He/Him)
**Attorney at Law**

**Jackson Lewis P.C.**
300 S. Fourth Street
Suite 900
Las Vegas, NV 89101
Direct: (702) 921-2486 | Main: (702) 921-2460
Joshua.Sliker@Jacksonlewis.com | www.jacksonlewis.com

**From:** Tammy Peterson <tpeterson@petersonbaker.com>
**Sent:** Tuesday, August 30, 2022 12:29 PM
**To:** Brittney Glover <bglover@egletlaw.com>; Sliker, Joshua A. (Las Vegas) <Joshua.Sliker@Jacksonlewis.com>; Christensen, Deverie J. (Las Vegas) <deverie.christensen@jacksonlewis.com>
**Cc:** Burke Huber <burke@richardharrislaw.com>; Danielle Miller <dmiller@egletlaw.com>; Bianca Marx <bmarx@egletlaw.com>; Nikki Baker <nbaker@petersonbaker.com>; Williams, Hilary A. (Las Vegas) <Hilary.Williams@Jacksonlewis.com>; Chandler, Kelley (Las Vegas) <Kelley.Chandler@jacksonlewis.com>; Burke Huber <burke@vanlawfirm.com>
**Subject:** RE: Schrader v. Wynn, et. al. - Computation of Damages

**[EXTERNAL SENDER]**

Brittney

Please see my comments and additional edits attached.  If you make any further changes, could you please do that in an overlay to this Word version so that it's easier to see your changes?  Thanks.

Regards
Tammy

**Tamara Beatty Peterson, Esq.**
Peterson Baker, PLLC
702.786.1001