Deverie J. Christensen
Nevada State Bar No. 6596
Joshua A. Sliker
Nevada State Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
        joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**JOINT STATUS REPORT REGARDING NOTICE OF SETTLEMENT** |

Pursuant to this Court's Order (ECF No. 173) dated January 24, 2023, the parties file the below joint status report and notice of settlement.

1. On January 10, 2023, the parties participated in private mediation before the Hon. Judge Jennifer Togliatti (Retired) at Advanced Resolution Management. The parties have reached a settlement of this case, as well as another case filed by Plaintiff against the Defendants in the Eighth Judicial District Court of the State of Nevada.

2. The parties are diligently working on settlement agreement documents. As there are class claims raised in this case, the parties also are working to submit a stipulation for the

1  voluntary dismissal of class claims for which no putative classes have been certified and no
2  putative classes have been proposed for certification for purposes of settlement. The parties need
3  enough time to complete the settlement process, including the dismissal of class claims and
4  issuance of settlement funds, to file a stipulation and order to dismiss this action with prejudice.

5       3.    Thus, the parties request that the Court schedule a settlement status check
6  conference in approximately 90 days, at the Court's convenience, to permit the parties time to
7  complete the settlement process and ultimately file a Stipulation and Order for Dismissal with
8  Prejudice. The status check can be vacated if the Stipulation and Order for Dismissal with
9  Prejudice is entered by the Court as an order in advance thereof.

10  / / /
11  / / /
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /

4. The parties also request the Court stay all pending case deadlines. The parties wish to avoid incurring additional fees and costs complying with the pending deadlines while the parties prepare the necessary settlement documents and dismissal.

Dated this 25th day of January, 2023.

| EGLET ADAMS | JACKSON LEWIS P.C. |
|---|---|
| /s/ Danielle C. Miller | /s/ Deverie J. Christensen |
| Tracy A. Eglet, Bar No. 6419 | Deverie J. Christensen, Bar # 6596 |
| Danielle C. Miller, Bar No. 9127 | Joshua A. Sliker, Bar #12493 |
| Brittney Glover, Bar No. 15412 | 300 S. 4th St., Suite 900 |
| 400 S. 7th Street, Ste. 400 | Las Vegas, NV 89101 |
| Las Vegas, NV 89101 | |
| | *Attorneys for Defendants* |
| RICHARD HARRIS LAW FIRM | *Wynn Las Vegas, LLC and Wynn Resorts, Ltd.* |
| Burke Huber, Bar No. 10902 | |
| 801 S. Fourth Street | |
| Las Vegas, Nevada 89101 | PETERSON BAKER, PLLC |
| | /s/ Tamara Beatty Peterson |
| *Attorney for Plaintiff* | Tamara Beatty Peterson, Bar # 5218 |
| *Brenna Schrader* | Nikki L. Baker, Bar # 6562 |
| | 702 S. 7th Street |
| | Las Vegas, NV 89101 |
| | |
| | Todd L. Bice, Bar No. 4534 |
| | Pisanelli Bice, PLLC |
| | 400 S. 7th Street, Suite 300 |
| | Las Vegas, NV 89101 |
| | |
| | *Attorneys for Defendant* |
| | *Stephen Alan Wynn* |

## ORDER

IT IS ORDERED that ECF No. 174 is GRANTED. A status check is set for April 27, 2023 at 11:00 a.m. If a stipulation to dismiss is filed before this date, the status check will be vacated.

**IT IS SO ORDERED**

**DATED:** 1:06 pm, January 26, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**