DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION TO CONTINUE SETTLEMENT STATUS CHECK HEARING SET FOR APRIL 27, 2023**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm and Eglet Adams, Defendants Wynn Las Vegas, LLC ("WLV") and Wynn Resorts, Ltd. ("WRL"), through their counsel Jackson Lewis P.C., and Defendant Stephen Alan Wynn ("Mr. Wynn," and together with WLV and WRL, "Defendants"), through his counsel Pisanelli Bice, PLLC that:

1. On January 10, 2023, the parties participated in private mediation before the Hon. Judge Jennifer Togliatti (Retired) at Advanced Resolution Management. The parties reached a settlement of this case, as well as another case filed by Plaintiff against the Defendants in the Eighth Judicial District Court of the State of Nevada.

2. On January 26, 2023, this Court scheduled a settlement status check hearing on April

27, 2023, at 11:00a.m.

3. The settlement agreements have been executed, and the only remaining steps for the Parties to take are: (1) delivery of the settlement checks, and (2) filing of the Dismissals.

4. The deadline for Defendants to deliver the settlement checks to Plaintiff is May 26, 2023.

5. Thus, the parties respectfully request the Court continue the settlement status check conference from April 27, 2023, to June 2, 2023 (or a day thereafter at the Court's convenience), which will allow the Parties sufficient time to complete delivery of the settlement payments and filing of dismissals. The continued status check can be vacated, at the Court's discretion, if the Stipulation and Order for Dismissal with Prejudice is entered by the Court as an order in advance thereof.

Dated this 26th day of April, 2023.

| EGLET ADAMS | JACKSON LEWIS P.C. |
|---|---|
| /s/Danielle C. Miller | /s/Deverie J. Christensen |
| Tracy A. Eglet, Bar No. 6419 | Deverie J. Christensen, Bar No. 6596 |
| Danielle C. Miller, Bar No. 9127 | 300 S. Fourth Street, Ste. 900 |
| Brittney Glover, Bar No. 15412 | Las Vegas, Nevada 89101 |
| 400 S. 7th Street, Ste. 400 | |
| Las Vegas, NV 89101 | *Attorneys for Defendants* |
| | *Wynn Las Vegas, LLC and Wynn Resorts, Ltd.* |
| RICHARD HARRIS LAW FIRM | |
| Burke Huber, Bar No. 10902 | |
| 801 S. Fourth Street | PISANELLI BICE |
| Las Vegas, Nevada 89101 | /s/Emily A. Buchwald |
| | Todd L. Bice, Bar No. 4534 |
| *Attorney for Plaintiff* | Emily A. Buchwald, Bar No. 13442 |
| *Brenna Schrader* | Pisanelli Bice, PLLC |
| | 400 S. 7th Street, Suite 300 |
| | Las Vegas, NV 89101 |
| | |
| | *Attorneys for Defendant* |
| | *Stephen Alan Wynn* |

### ORDER

IT IS ORDERED that ECF No. 178 is GRANTED.

IT IS FURTHER ORDERED that the status check is rescheduled to June 6, 2023 at 10:00 a.m.

IT IS SO ORDERED
DATED: 4:09 pm, April 26, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**