DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: deverie.christensen@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENNA SCHRADER, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN ALAN WYNN; an individual; MAURICE WOODEN, an individual, WYNN LAS VEGAS, LLC dba WYNN LAS VEGAS a Nevada Limited Liability, WYNN RESORTS, LTD, a Nevada Limited Liability Company; and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02159-JCM-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Brenna Schrader ("Plaintiff"), through her counsel Richard Harris Law Firm and Eglet Adams, Defendants Wynn Las Vegas, LLC and Wynn Resorts, Ltd. through their counsel Jackson Lewis P.C., and Defendant Stephen Alan Wynn through his counsel Pisanelli Bice, PLLC and Peterson Baker, PLLC (collectively "Defendants"), pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby

/ / /

/ / /

/ / /

stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 2nd day of June, 2023.

| | |
|---|---|
| EGLET ADAMS | JACKSON LEWIS P.C. |
| /s/ Danielle C. Miller | /s/ Deverie J. Christensen |
| Tracy A. Eglet, Bar No. 6419<br>Danielle C. Miller, Bar No. 9127<br>Brittney Glover, Bar No. 15412<br>400 S. 7th Street, Ste. 400<br>Las Vegas, NV 89101 | Deverie J. Christensen, Bar No. 6596<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*Wynn Las Vegas, LLC and Wynn Resorts, Ltd.* |
| RICHARD HARRIS LAW FIRM<br>Burke Huber, Bar No. 10902<br>801 S. Fourth Street<br>Las Vegas, Nevada 89101 | PISANELLI BICE |
| | /s/ Emily A. Buchwald |
| *Attorney for Plaintiff*<br>*Brenna Schrader* | Todd L. Bice, Bar No. 4534<br>Emily A. Buchwald, Bar No. 13442<br>Pisanelli Bice, PLLC<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101<br><br>Tamara Beatty Peterson, Bar No. 5218<br>Nikki Baker, Bar No. 6562<br>701 S. 7th Street<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Stephen Alan Wynn* |

**ORDER**

IT IS SO ORDERED:

_/s/ James C. Mahan_
United States District Court Judge

Dated: June 5, 2023